UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**CHERRYL HALL,**
**Individually and on behalf of all others**
**Similarly situated,**

      Plaintiff,

v.   Case No. 1:12-cv-22700-FAM

**BANK OF AMERICA, N.A., individually and**
**as successor by merger to BAC HOME**
**LOANS SERVICING, LP;**
**BALBOA INSURANCE COMPANY;**
**and QBE INSURANCE GROUP, individually**
**and as successor in interest to BALBOA**
**INSURANCE COMPANY,**

      Defendants.
_____/

## NOTICE OF FILING PROPOSED SUMMONSES

Plaintiff, **CHERRYL HALL**, by and through undersigned counsel, hereby give notice of filing proposed Summonses for issuance by the Clerk. The Summonses are attached to this Notice.

Dated this 25th day of July, 2012.

      Respectfully Submitted,

      **Attorneys for Plaintiff**

      By: /s/ Kevin McLaughlin
      Kevin McLaughlin (FL Bar No. 0085928)
      Jason Whittemore (FL Bar No. 0037256)
      WAGNER, VAUGHAN & McLAUGHLIN, P.A.
      601 Bayshore Boulevard, Suite 910
      Tampa, FL 33606
      Telephone: (813) 225-4000
      Facsimile: (813) 225-4010
      Kevin@WagnerLaw.com

Jason@WagnerLaw.com

Steven A. Owings (*Pro Hac Anticipated*)
Alexander P. Owings (FL Bar No. 0093797)
OWINGS LAW FIRM
1400 Brookwood Drive
Little Rock, AR 72202
(501) 661-9999
(501) 661-8393 (facsimile)
sowings@owingslawfirm.com
apowings@owingslawfirm.com

Jack Wagoner (*Pro Hac Anticipated*)
WAGONER LAW FIRM, P.A.
1320 Brookwood, Suite E
Little Rock, AR 72202
(501) 663-5225
(501) 660-4030 (facsimile)
Jack@wagonerlawfirm.com

Brent Walker (*Pro Hac Anticipated*)
Russell D. Carter (*Pro Hac Anticipated*)
CARTER WALKER PLLC
2171 West Main, Suite 200
P.O. Box 628
Cabot, AR 72023
(501) 605-1346
(501) 605-1348 (facsimile)
bwalker@carterwalkerlaw.com
dcarter@carterwalkerlaw.com