AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | | |
|---|---|---|
| CHERRYL HALL, Individually and on behalf of all others Similarly situated<br><br>*Plaintiff(s)*<br>v.<br>BANK OF AMERICA, N.A., individually and as successor by merger to BAC HOME LOANS SERVICING, LP; BALBOA INSURANCE COMPANY;<br>*Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action No. 1:12-cv-22700-FAM |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   BAC HOME LOANS SERVICING, LP
By Serving: CT Corporation, As Registered Agent
1200 South Pine Island Road
Plantation, FL 33324

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Kevin McLaughlin (FL Bar No. 0085928)
Jason Whittemore (FL Bar No. 0037256)
WAGNER, VAUGHAN & McLAUGHLIN, P.A.
601 Bayshore Boulevard, Suite 910
Tampa, FL 33606
Telephone: (813) 225-4000

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____        _____
*Signature of Clerk or Deputy Clerk*