UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: **12-22700-CIV-MORENO**

CHERYL HALL,

    Plaintiff,

vs.

BANK OF AMERICA, N.A., BALBOA INSURANCE COMPANY, and QBE INSURANCE GROUP,

    Defendant.

_____/

## ORDER DENYING MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT

THIS CAUSE came before the Court upon Plaintiffs' Motion for Preliminary Approval of Class Action Settlement **(D.E. No. 376)**, filed on **April 3, 2014**.

THE COURT has considered the motion and the pertinent portions of the record, and being otherwise fully advised in the premises, it is

**ADJUDGED** that the motion is DENIED for failure to comply with Local Rule 7.1(c)(2).

DONE AND ORDERED in Chambers at Miami, Florida, this 7th day of April, 2014.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies provided to:

Counsel of Record