



FILED by PG D.C.

AUG 20 2014

STEVEN M. LARIMORE
CLERK U. S. DIST. CT
S. D. of FLA. – MIAMI





SPECIAL APPEARANCE
Moorish National Republic Federal Government
Societas Republicae Ea Al Maurikanos
Northwest Amexem / Northwest Africa / North America
'The North Gate'

Aboriginal / Indigenous, Natural Peoples of the Land
The True and De jure Al Moroccans / Americans

**Hall, et al.v. Bank of America NA.,et al.**
**Case No. 12-cv-22700-FAM**


**Clerk of the United States**
**District Court for the Southern District of Florida**
**400 North Miami Avenue- 8th**
**Miami Florida 33128**


## WRIT OF  NOTICE OF OBJECTION   12- August 2014

BANK OF AMERICA HOME LOANS; BANK OF AMERICA,N.A.; BAC HOME LOANS
SERVICING,LP; BANK OF AMERICA
c/o CFO - Cheif Financial Officer, Headquarters for Loan# 022558151

RE:  Apostolic Letter, Nationality, Birthright Theft, Human Trafficking , Genocide, Land / Water
Reclamation, True Estate Heir  and Donor and Beneficiary         of Record for ALL to Validate Actual
Accounting

**I, Rasheeda Michelle: family of Karim, Benficiary to the estate of** RASHEEDA M. KARIM© /
RASHEEDA
    MICHELLE-MARIA KARIM© **being in propria persona sui juris; in full life,** *en plein vie,* **with the title of "El"** In
solo propria,
        *on one's ground.* [ Already adjudicated 2 Steph. Com. 20..]

        Government and its corporate entities, being a fictional entity, has nothing of its own, *de facto*; that reality must be
supplied by real People.  I begin with this         declaration to become clear; what is mine what is yours, and discern what is
real.  Any 'government official' is a trustee to an estate. In the 1834 Supreme Court         Case:  ...'government cannot own
land'. The Judge told President Andrew Jackson at that time the Land belongs to the inhabitants. We the People created the
        government; the government created corporations.
        The only true estate in this real land North America is the Muurish estate of the Al- Morroccan Empire .  It appears you
have mismanage my estate and I am the true Executor to said estate.

It is not now nor has it ever been my intention to avoid paying any obligation that I lawfully owe.

Nationality is that quality of being a confirmed and participating part of a Nation. Those who are not a part of a Nation have little or no consideration forwarded them, when nations congress in council and confer to consider the economic and political affairs of the Nations. If one is outside of the "Order of Nations" then one is hard - pressed to expect the Laws of the Families of Nations to secure one's rights, or for the Citizens of the Nations to come to one's aid or to one's service. This can be most crucially understood, when one is in need, due to the negating effects of slavery/genocide, forced financial servitude, human rights violations, civil disorder, under colonial occupation, and/ or the suppression of the Theocratic governess of the Sybilline Sacredotal Matriarchial culture as presently exists in North America and of the world. The Moorish Mothers of this Northern America have been held to forced physical servitude, forced financial servitude, perpetual public interdiction and were, by deviance, placed outside of the Constitutional Fold of Government, by the European occupiers, who have branded the Moors as negroes, blacks, colored, and Ethiopians, etc. It is, definitively, vital and important that the true birthright status of the People(Muurs) be addressed in a more formal and documented political format; and given considerations on a more serious social/political degree and "principled" level. Thus, the subject matter and issue of **"Permanent Character"** comes into play within the arenas of corporate, national, international and world affairs.

**"In Full Life"** was and is, the uncorrupted, normal and honourable status, as held by the Ancient Foremothers and Forefathers of these same Moors/Muurs, who have been calling themselves what they are not - i.e., negroes, blacks and coloreds,Indian, etc and getting caught up in fraudulent quasi-'contracts' ! **"In Full Life"** on Ancient and Modern Jurisprudence is **"continuing in both physical and civil existence; that is, neither actually dead nor Civiliter Mortuus,** "dead in the eyes of the Law". I am a living being; God in the flesh. I decline to give up, give away or donate without my consent any divine rights. I decline to become a corporation nor any kind of corporate entity.

- Please provide me with the Delegation of Authority Order issued and signed by Lawful Congress of the United States for America that gives you, Bank of America , and your employee members: Brian Moynihan, LaSheta Burch, Ashley Mattox, Annamarie Moreaux and Steven Pacheco, any authority to approach me or foreclose on any property of a Moorish American National autochthonous to Real Land North America? Provide a Certificate of Authorization that gives anyone representation for the corporation to damage me financially any further.

- Please provide me with the Delegation of Authority Order issued and signed by Lawful congress of the United States for America that gives you any authority to threaten with non-service and to charge for any an all utilities of a Moorish American National autochthonous to Real Land North America; that includes electricity, gas, use of land and water

- Please provide me under penalty of perjury with your Oath of Office, the Law which made BANK OF AMERICA HOME LOANS; BANK OF AMERICA,N.A.; BAC HOME LOANS SERVICING,LP; BANK OF AMERICA and/or COUNTRYWIDE HOME LOANS part of the Constitution

- Please provide me with the Delegation of Authority Order issued and signed by Lawful Congress of the United States of America that gives you any authority to harass a Moorish American National original indigenous autochthonous to Real Land North America through the united states posal service, traffic court, civil courts, telephone lines, emails, for ANY reason without a contract binding both parties with Full disclosure, Equal consideration, Signatures of the Parties and a sworn affidavit, or signed invoice (not a statement).

- Please provide me with the Delegation of Authority Order issued and signed by Lawful Congress of the United States of America  or your Certificate of Authorization from the Chief Financial Officer of BANK OF AMERICA HOME LOANS; BANK OF AMERICA,N.A.; BAC HOME LOANS SERVICING,LP; BANK OF AMERICA and/or COUNTRYWIDE HOME LOANS

that Validates the debt according to the FDCPA 15 U.S.C. Federal Fair Debt Collection Act and the Illinois Fair Debt Collection Practice Act: sec.809-debt validation , *not sending proper validation & continuing to collect in spite of disputes* and proper validation from the **original creditor** which, in this case was actually Cole Taylor Bank. Do we[BANK OF AMERICA HOME LOANS; BANK OF AMERICA,N.A.; BAC HOME LOANS SERVICING,LP; BANK OF AMERICA,and/or COUNTRYWIDE HOME LOANS ] have a contract with 2 or moor wet-inked signatures signed by someone to bind the corporation in contract?

- When I signed my name I sold my name. My name is my copyrighted property; that was my property to do so. When there is no money this debt was paid because of the exchange - I claimed the prepaid house. Everything in this country is prepaid. Living souls cannot have 'debt'. My signature is worth at least 4 billion in a Mutual fund according to a Fidelity inquiry on the markets. My debit was my signature and my credit was the loan I was seeking, which I **never received.**

- Have BANK OF AMERICA HOME LOANS; BANK OF AMERICA,N.A.; BAC HOME LOANS SERVICING,LP; BANK OF AMERICA and/or

  COUNTRYWIDE HOME LOANS lend funds against my signature many times, earning them, despite the interest

  rates an unlimited number of times the amount of the house? Hence, this is fractional banking and

  unjust enrichment by BANK OF AMERICA HOME LOANS; BANK OF AMERICA,N.A.; BAC HOME LOANS SERVICING,LP; BANK OF

  AMERICA, Cole Taylor Bank and Countrywide Home Loans. Hence, not apprising me of this lending

  funds against my signature many times is called "bank fraud". So in fact I did them a huge favour by

  selling them ny signature. Yet, double billing is fraudulent. Why do you persist?

- When you discover BAC HOME LOANS SERVICING,LP and any of your other entities, that you are unable to

  produce under penalty of perjury proof of your loss ...Note under your reorganization I decline to contract with

  you and Restitution is in order because of your unjust enrichment against my name also without my continual

  consent is Birthright theft and an act of war since the issuing of the Apostolic Letter Motu Propria by the HOly

  See under ecclesiastical Law that All Corporations are bound by; It states that all debts are paid and all

  corruption is to cease!

- I am willing to pay any obligation I might owe, if you all could provide proof of their and your claim.

- In my mind my God is revealing to me I never stiffed anyone. The "contract" they believe I had with them was invalid because there was **no full disclosure** - one of the requirements of a valid contract. It was not spelt out to me that they were in the business of perpetrating fraud upon unsuspecting People. If BANK OF AMERICA HOME LOANS; BANK OF AMERICA,N.A.; BAC HOME LOANS SERVICING,LP; BANK OF AMERICA and/or COUNTRYWIDE HOME LOANS bought the debt then became being a Collection agent there is no standing in Law because you are an interloper and I never contracted with your entity, BANK OF AMERICA HOME LOANS; BANK OF AMERICA,N.A.; BAC HOME LOANS SERVICING,LP; BANK OF AMERICA, and they are powerless to collect on 'deficiencies'. BANK OF AMERICA HOME LOANS; BANK OF AMERICA,N.A.; BAC HOME LOANS SERVICING,LP; BANK OF AMERICA appears to be seeking moor unjust enrichment in addition to accepting the monies I sent to them.
- Did you pay the tax on the monies I sent to you previously for payments?
- Please send me a check for the funds that I gave you! I funded them!

  I want to see the 1099 OID that identify's them as the source of the funds and I am the recipient!

- 
- I do not give permission to sell nor share my information with anyone without my written consent.

Upon truth and fact, I am Muur American National, mother of 'the sun people' the Olmec, Dogon, Washitaw in the Northwest territory retaining all the rights that accompanies my title of Nobility. I am bound to the Continent by heritage and my birthright claims are, hereby, made.  Muurs are the Ancient Ones, and the true Sovereign Nationals of Northwest Amexem /North America in the North Western America, by Heritage, Birthright, "Right Law" and Primogeniture.

**International Law institutes wherever a demand for payment there is Remedy required.**

I object to giving Consent to *the majority* to **politically** modify(via statute) the powers by which **sovereign National** Rights may be exercised or not exercised.

Consider we already have a Contract in the Supreme Law of the Land:  the formation of a "more perfect" form of republican government written for a moral and righteous people and wholly inadequate for any other.  A Contract between **"We the People"**  and  **"You"  in order to form a more perfect union, establish justice, insure domestic tranquility, provide for the common defense, promote the general welfare, and secure the blessings of liberty to ourselves and our posterity, do herby ordain and establish this Constitution for the United States of America".**

What this country and its people have become is by no means an accurate measure of what it started out to be. However, the organic Laws of this nation have <u>not</u> changed.  They have merely been obfuscated through legal embellishments.  This nation was not set up as a "Democracy" and was never intended to become one: it was established as a **Constitutional Republic** and the intent was cleary that it remain one to preserve the inalienable rights that I am birthed to have before any others arrived to my Land and my Estate for over 10,000 years.

The framers of our Constitution placed the heaviest restrictions against government institutions being used to impose *the will of the majority* upon the **individual** sovereign Citizen;  sovereign National without her Consent.

Since, our government, being a fictional and artificial mechanism, anyone directly or indirectly involved with that fiction [BANK OF AMERICA HOME LOANS; BANK OF AMERICA,N.A.; BAC HOME LOANS SERVICING,LP; BANK OF AMERICA and/or COUNTRYWIDE HOME LOANS ], In Law, that fiction has no **Rights** and only **delegated powers,** which must **all** <u>come from the body sovereign</u> via our Constitution or from individual sovereign electors/Nationals via Consent *by contract.  A true contract copy being of 2 or moor  wet ink signatures with equal consideration agreeing on bothsides of the transaction, the actual accounting, verification of claim against me with a sworn affidavit and/or signed invoice, and full disclosure.  Our* Constitution and especially the Bill of Rights were established to set up a protective barrier between the **individual** sovereign elector/sovereign National and *the will of the majority* as administered by *the government*.  That protective barrier provides a form of immunity from unwanted **accroachments.**

In my awareness, in propria persona, in my proper person ; in Full Life, I, Rasheeda M. Karim,  retain all my rights and

remedies. I object to giving up the protective barrier, the immunity and any encumbrance as a participant in majority rule and political statues. I and my family members am to remain on my land unharassed, unencumbered, to restore glory, right moral wrongs and resurrect the Theocracy of the Mother Sybils as Muurish American Americans, autochthonous to the land here in the North Western Hemisphere with family lineage over 10,000 years **before** Christos.

.

Reiterating knowing The Constitution does not *give* me Rights; the Rights I am already birthed having, it, The Constitution was put in place to secure my ancestural and preexisting inalienable / unlienable Birthrights. Therefore, I, Rasheeda Michelle: family of Karim with the Noble title of "El", refer to the Constitution of the United States for America North Continent presented in 1787 and ratified in 1791 and its contents as a Contract with Government & its corporate entities[BANK OF AMERICA HOME LOANS; BANK OF AMERICA,N.A.; BAC HOME LOANS SERVICING,LP; BANK OF AMERICA and/or COUNTRYWIDE HOME LOANS ], to **Secure** the Natural People's Inalienable Rights and **remedies**; which It was intended to be and of the world to do the right thing.

It can be shown that the misbehaviour of BANK OF AMERICA HOME LOANS; BANK OF AMERICA,N.A.; BAC HOME LOANS SERVICING,LP; BANK OF AMERICA,and/or COUNTRYWIDE HOME LOANS directly breached the guaranteed individual protections of the "People",Rasheeda Michelle: family of Karim, and the Discipline mandate because of Article VI Oath of Fidelity taken by their Chief Financial Officer, their President and every board Member and all those employees of BANK OF AMERICA HOME LOANS; BANK OF AMERICA,N.A.; BAC HOME LOANS SERVICING,LP; BANK OF AMERICA and/or COUNTRYWIDE HOME LOANS . Every Branch of Government--National, State, City, town,etc., and the Officials of said Governments, Municipalities, Public Offices, etc., must take an Oath to Uphold that contract of the Constitution and to secure my Rights & Remedies- referred to as, "The People".

Make note from now on Municipal Ordinances, and Statues, etc., DO NOT supersede the Secured Rights of the Natural People, set forth in the Constitution.

**The focus of Law is to repair the damage after injury or loss actually has been caused.** Restitution. It is a maxim of law that I cannot injure a fiction; especially when the debts are prepaid.

- I am without subject of the 14th amendment nor a denizen of the jurisdiction of any federal zone to United States of America, Inc. which is registered as a private religious corporation ;nor am I a member to the Union States Society, this is not my nature , and is not my blood lineage.

I have become conscious as a Moor. I am a true American of Al-Morroc, Amexem the ancient name to this land. I have declared and recorded this decree. Proclaiming I, Rasheeda M. Karim, no longer nor ever a part of the legal construct of a negro; anthropicctichus specie nor any other enlaving 'label' or 'brand'. I am what my ancient foremothers and fore fathers were that cannot be changed and I am sentient of that divine inherited lineage. Anything rooted in nature cannot be legislated. *The Apostolic Letter issued MOTU PROPRIO of the Supreme Pontiff Francis on the jurisdiction of judicial authorities of the Vatican City-state in criminal matters included in this discussion be what this means to the Moors Muurs of Maghrib' al Aqca[Africa the extreme west] and the importance of declaration of Muurs nationality.*

*Fraudulent infringements must cease and all unjust enrichements*.

- United states is not the Land it is a private religious corporate entity. Morrocco is the Land - Al-Moroc Northwest Amexem / Northwest Africa / North   America.

- I am here to RECLAIM my Lost Estate from perpetual public interdiction from BANK OF AMERICA HOME LOANS; BANK OF AMERICA,N.A.; BAC HOME LOANS        SERVICING,LP; BANK OF AMERICA and/or COUNTRYWIDE HOME LOANS because I was designated as a 'Stateless Person'.  Any affidavit(s) must be answered each        point for point as well as each point above.  The bank(s) think I owe them an obligation but there is no money and truly they are not authorize to charge me for    anything.  For   BANK OF AMERICA HOME LOANS; BANK OF AMERICA,N.A.; BAC HOME LOANS SERVICING,LP; BANK OF        AMERICA to continue to contact me for usurping anymoor of my energies according to the Constitution, Apostolic Letter  & the FDCPA, etc., would be an act of war and must be settled at once amicably!!!!!  TO REVERSE genocide and denationalization under the guise of forms of quasi-contract   slavery/genocide and public interdiction  that has affect   functional unity in our   families.

- FDCPA 15 U.S.C. Section 1692, et seq., prohibits deception & unfair collection methods , telling others of what debt I alledgedly owe, please verify the debt        with ink contract or prepare to settle.

- FDCPA 15 U.S.C. Section 807(2)-misrepresenting the chracter, amount or legal status of the alledged debt , that is, attempting to collect on debts not actually owed by the so-called consumer & attempting to collect on debts involved and/or discharged in a bankruptcy, United States,Inc. is a bankrupt entity.

- FDCPA 15 U.S.C. sec.804 & 805-b communicatuion w 3rd parties- I do not give you permission to commmuincate my information to a consumer repoting    agency because I do not have a contract with any of them-NO;

- FDCPA 15 U.S.C. sec.809-debt validation , **not sending proper validation** & continuing to collect in spite of disputes and proper validation from the **original**        creditor;
  - There is no Real Party in interest because Countrywide Home Loans did not own any notes or mortgages. They were all dead pledges.

So, therefore, these are impeachable offences.There is no jurisdiction to proceed to collect from RASHEEDA M KARIM.       There is no proper pleading upon the court TO FORECLOSE as well as **Lender Placed Insurance.** A lawyer cannot enter anything into the Record, nor *Say* anything because they are  a 3rd party and has no actual        truth, evidence. *see* Trinsey vs. Pagliaro, D.C. Pa 1964, 229 F. Supp. 647

- I choose to contnue to function in the Family of Nations, therefore, that has to be honored and respected.
- BANK OF AMERICA HOME LOANS; BANK OF AMERICA,N.A.; BAC HOME LOANS SERVICING,LP; BANK OF AMERICA & Countrywide Home Loans   is in dishonor.

- Long before there was a civilized European government and any corporate entities in my land, your obligation to

the contract of the Constitution of the United      States for America was borrowed, adopted and ratified, from Iroquois

Constitution,a band of several Moorish Nation tribes, into the Articles of Confederation     that became the United

   States Constitution of America for the Republic -- "...far exceeding anything which they could produce..." -

*Thomas Payne.*

I have standing in my land in my proper person, in my proper natural person. Indigenous. Sovereign National.

These debts are prepaid and therefore paid.  Fraud by conversion is four (4) times the damages.

See *with this Apostolic Letter issued Motu proprio, attached & enclosed, any ultra viries statues are inapplicable to you

and it is my civic duty to command consideration that the Law dictates.

I know this is what has occurred, but not to detract, discourage but "to secure to the individual certain unalienable

Rights"; The Win=Win relationship - rules of acceptable behavior as a sovereign National for me to behave responsibly

because it is my civic duty to enforce True and Right Law; de jure and for you to settle this with the proper financial

settlement to avoid any further National and International embarrassment of fraud and embezzlement to the reputation of

BANK OF AMERICA HOME LOANS; BANK OF AMERICA,N.A.; BAC HOME LOANS SERVICING,LP; BANK OF

AMERICA and to avoid suing any of its employees in their personal compacity for supporting the continuation

of this spurious,de facto engagement of impeachable offences.

**I, Rasheeda Michelle:  family of Karim, Executor and Benficiary to the estate of** RASHEEDA M. KARIM© /

RASHEEDA

MICHELLE-MARIA KARIM© **being in propria persona sui juris in full life,** en plein vie, **with the title of**

"El" In solo propria,

on one's ground by the Power of Appointment Act of 1951- **The donor has total power, every one of these mortgage**

**loan transactions is a donor :    donee relationship.**  Which means it is a Class 5 Gift and Estate Tax under 60 02090

Decoding Manual, IRS Processing Manual of 2010_ -Read 2038 and      2514 of Title 26, that's the power of appointment act

under Title 26.   It was passed in 1951.

Since BANK OF AMERICA HOME LOANS; BANK OF AMERICA,N.A.; BAC HOME LOANS SERVICING,LP; BANK OF
AMERICA are not the Holders in due course the office is vacant.  **As the Donor I, Rasheeda Michelle:  family of Karim, have
the Power of Appointment Act of 1951 I can appoint myself as the Executor.  By the entries of 2038 & 2514 under Title
26 I am appointing myself the Special Occupant of the legal estate of the decedent by absolute estate.   As the Donor
Beneficiary of this construct, I am appointing myself; I am claiming the office of the special occupant of the legal estate.
It's not a legal estate because there is no Executor.**
**Intestate is when an estate has no heir or beneficiary.  That is why the Judges are doing constructive trust in equity to**

**give restitution and reimbursement to the plaintiff, such as in the other case** BANK OF AMERICA HOME LOANS; BANK OF

AMERICA,N.A.; BAC HOME LOANS SERVICING,LP; BANK OF AMERICA and /or Bank of New York MELLON, **which is the**

**lender or servicing company or whatever.  Because there is no heir or beneficiary.  I am the heir / beneficiary.  I am**

**stepping up to the civic responsibility to understand my place in this circumstance without controversy.**

I do hereby appoint Brian Moynihan, CEO, LaSheta Burch, CRM, Ashley Mattox-CRM, Annamaria Moreaux and Steven
Pacheco, the Litigation Specialists for BANK OF AMERICA HOME LOANS; BANK OF AMERICA,N.A.; BAC
HOME LOANS SERVICING,LP; BANK OF AMERICA to be liable for the tax.  **Taxable termination, I appointing**
**myself the Donor as the Executor of the Estate and making them  the Trustee by Power of Appointment  of the Power of**
**Appointment Act of 1951.**   I'm claiming the Executor Office of the legal office of the decedents.

See 1790 Sundry Free Moors Act
Article 3, section 2;United States Constitution of America for the Republic  - diversity in Citizenship

## Affidavit of Objection

*Amicus Curae,*

May the Truth demosrtate Itself;
Until then, *all rights retained*

I Am *By: Rasheeda Karim*

Rasheeda Karim, Authorized Agent, In Propria Persona and
Attorney-in-Fact for: **RASHEEDA M. KARIM**©
12 August in the year of our Lord 2014

Rasheeda Karim,
c/o 7435 South Kenwood Avenue,
NON DOMESTIC, Chicago Teritory, Illinois State Republic -
rasheedakarim@yahoo.com
raka333@aim.com
**Political Status: Classified-Truth A-1 Freehold
by Inheritance Registration No: AA222141
Recorded with: The United States Department of Justice
Notice to all Federal and State public corporate officials.**

United Salvation ALLAH

cc:
DEPARTMENT OF JUSTICE
ILLINOIS STATE GOVERNOR
ILLINOIS SECRETARY OF STATE
ILLINOIS STATES ATTORNEY
ILLINOIS STATE TREASURER
THE COMPTROLLER OF THE CURRENCY,
THE SECRETARY OF THE TREASURY
THE INTERNAL REVENUE SERVICE
THE FEDERAL HOME LOAN MORTGAGE CORPORATION,
THE SECURITIES AND EXCHANGE COMMISSION,
THE DEPARTMENT OF CORPORATIONS
INSURANCES REGULATOR
UNITED NATIONS
RV PUBLICATIONS
CIVIL ALERT RADIO
P.B-OAS, OPC
OFFICE OF THE AMERICAS
FEDERAL TRADE COMMISSION
EMBASSY OF THE REPUBLIC OF CHINA
EMBASSY OF THE NETHERLANDS
INTERPOL

I accept your offer for value and return for settlement and closure.



 **Property Insight**

**Services**

## Vesting Deed/Open Lien Property Search

Xpress Services by Property Insight, 1 N. LaSalle St., Suite 500 Chicago, IL 60602      P (312)223-2270 F (312)223-5922

Customer Reference:   7435 SOUTH KENWOOD AVENUE

Effective Date: 7/9/2014
Order No. S9700915-CRP

RASHEEDA M. KARIM
C/O 7435 SOUTH KENWOOD AVENUE
CHICAGO, ILLINOIS 60619
RASHEEDA M. KARIM

Property Address:   7435 S KENWOOD AV CHICAGO, IL 60619
Tax ID:             20-26-226-012-0000

State & County: Illinois  Cook

### A.  Vesting Information

<u>Last Grantee of Record:</u>  BAC FIELD SERVICES CORPORATION & BANK OF AMERICA HOME LOANS SERVICING L.P. & COLE TAYLOR BANK & COUNTRY HOME LOANS & LANDSAFE DEFAUYLT, INC. & LANDSAFE SERVICES, LLC & LANDSAFE TITLE & RECON TRUST COMPANY N.A. & WHOLESALE LENDING

<u>Legal Description</u>   LOTS 33 AND 34 IN J.S. SCOVEL'S ADDITION TO CORNERLL, A SUBDIVISION OF THE EAST 1/2 OF THE SOUTHEAST 1/4 OF THE SOUTHWEST 1/4 OF THE NORTHEAST 1/4 OF SECTION 26, TOWNSHIP 38 NORTH, RANGE 14, EAST OF THE THIRD PRINCIPAL MERIDIAN, IN COOK COUNTY, ILLINOIS.

7435 SOUTH KENWOOD AVENUE

20-26-226-012-0000
20-26-226-013-0000

### B.  Conveyances

- QuitClaim: 1/21/2011 Doc ID: 1102118001 Grantor(s): KARIM RASHEEDA M Grantee(s): BAC FIELD SERVICES CORP. BANK OF AMERICA HOME LOANS SERVICING LP, COLE TAYLOR BANK, COUNTRY HOME LOANS, LANDSAFE DEFAULT, INC. More than 5 names. See Document
  Sign Date: 1/14/2011

### C.  Search Results

- Mortgage: 4/18/2003 Doc ID: 310818085 Grantor(s): KARIM RASHEEDA M ((SINGLE)) Grantee(s): COUNTRYWIDE HOME LOANS INC ((LENDER)), MERS ((NOMINEE))
  Sign Date: 3/26/2003 Loan Type: FIXED RATE Loan Amt: $64,010.00

  - Mortgage Assignment: 10/21/2011 Doc ID: 1129408903 Grantor(s): MORTGAGE ELECTRONIC REGISTRATION SYSTEMS INC Grantee(s): THE BANK OF NEW YORK MELLON FKA. THE BANK OF NEW YORK... (THE BANK OF NEW YORK TRUSTEE FOR THE CERTIFICATEHOLDERS OF CQWMBS INC CWMBS REPERFORMING LOAN REMIC TRUST CERTIFICATES SERIES 2005-R1)
    Sign Date: 10/4/2011 Ref. Doc.: 4/18/2003 310818085

  - Mortgage Re-Recording: 7/25/2012 Doc ID: 1220745102 Grantor(s): KARIM,RASHEEDA M (BORROWER UM) Grantee(s): COUNTRYWIDE HOME LOANS, INC. (LENDER), MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. (MERS) (NOMINEE)
    Sign Date: 3/26/2003 Loan Type: FHA LOAN Loan Amt: $64,010.00 Ref. Doc.: 4/18/2003 310818085

  - Civil (Court Case Filing Only): Foreclosure: 7/31/2012 Doc ID: CC 12CH29188 Grantor(s): BANK OF NEW YORK MELLON TRUST COMPANY TRUSTEE (PLAINTIFF) Grantee(s): KARIM RASHEEDA M (DEFENDANT), CACV OF COLORADO (DEFENDANT)
    Court Amt: $64,010.00 Court Type: CC Case Number: 12CH29188 File Date: 7/31/2012 Ref. Doc.: 4/18/2003 310818085

- Affidavit: 6/17/2010 Doc ID: 1016813016 Grantor(s): KARIM RASHEEDA M
  Sign Date: 6/2/2010

- Notice of Lis Pendens (Action): 8/6/2012 Doc ID: 1221941052 Grantor(s): THE BANK OF NEW YORK MELLON (PLAINTIFF TR), THE BANK OF NEW YORK (PLAINTIFF FK), CERTIFICATEHOLDERS OF CWMBS INC... CWMBS REPERFORMING LOAN RE

This is not a title insurance policy, guarantee, or opinion of title and should not be relied upon as such. Coverage is limited to...



Property Insight

**Vesting Deed/Open Lien Property Search**

Xpress Services by Property Insight, 1 N. LaSalle St., Suite 500  Chicago, IL 60602      P (312)223-2270 F (312)223-5922

MIC TRUST  CERTIFICATES  SERIES 2005-R1 (PLAINTIFF)  Grantee(s): KARIM RASHEEDA M (DEFENDANT):
KARIM RASHEEDA (DEFENDANT): KARIM RASHEEDA MICHELLE-MARIA (DEFENDANT): RASHEEDA M KARIM AKA
RASHEEDA KARIM (DEFENDANT)  RASHEEDA M KARIM AKA RASHEEDA MICHELLE-MARIA KARIM (DEFENDANT): More
than 5 names  See Document
Court Type: CC: Case Number  12 CH 029188:



Doc#:  0810931033 Fee: $96.00
Eugene "Gene" Moore
Cook County Recorder of Deeds
Date: 04/18/2008 10:47 AM  Pg: 1 of 31

# AFFIDAVIT

file on
DEMAND

Demand

**31 PAGES**



**POLITICAL STATUS: Classified- Truth A-1 Freehold by Inheritance
Library of Congress Diplomatic Immunity Registration No. AA222141**

# <u>Moorish Science Temple of America #1</u>
### MOORISH DIVINE AND NATIONAL MOVEMENT OF NORTH AMERICA

# <u>DECLARATION OF NATIONALITY</u>
### FOR THE INDIGENOUS MOORISH AMERICAN NATIONALS OF THE CONTINENTAL UNITED STATES OF AMERICA REPUBLIC AND ADJOINING ISLANDS

KNOW ALL MEN AND WOMEN BY THESE PRESENTS, that I __**Noble**__
<u>Rasheeda  Maryam  Karim  El ᶜ  (ex rel:  Rasheeda Michelle Maria Karim ᶜ</u>    Am A Flesh and
Blood Natural Person and Duly Affirm Standing Squarely Upon Our
Principles Of Love, Truth, Peace, Freedom, and Justice Deposes:

    **I And My Offspring are Free Moorish American National Of Al Moroc
(America) North, Central, South America And Adjoining Islands Anciently
Referred To As Amexem And I Am Part And Parcel To The Land Of My Ancient
Forefathers (Moroccans) By Birthrights and Inheritance Aboriginal And
Indigenous As Well As A De Jure Natural Citizen Of The Continental United States
Of America And Declaring My Power And Authority By Right Of Birth And Right
Of The Soil, Retaining All Substantive Unalienable Rights And Immunities As
Described In The Organic United States Republic Constitution,  Moroccan Treaty
of Peace And Friendship Of Seventeen Eighty Seven  (1787) Superseded By the
Treaty Of 1836 between the United States Of America And Morocco, in Force.
Declaration of the Rights Of Indigenous Peoples( E/Cn4./Sub.2/1994/2/Add.1(1994)
Article 5 (<u>Every Indigenous Individual Has The Right To A Nationality</u>).  And In
The (Declaration Of the Rights Of The Child, G.A. res 1386 (XIV), 14 U.N. GAOR
Supp. (No.16) at 19, U.N. Doc.A/4354(1959) Principle 3 (<u>The Child Shall Be Entitled
From His Birth To A Name And A Nationality</u>). Which Is Federally Enforced
Pursuant To Article VI Of The Constitution For The United States of America
Republic. Our Divine Constitution and Bylaws And The Zodiac Constitution
(Natural Law).**

Anything not listed is not waived by omission

_Rasheeda Maryam Karim El_

Rasheeda Maryam Karim El ~~Secured~~ Party
Sovereign
IN PROPRIA PERSONA

State of Illinois     )
                      ) ss:
County of Cook     )

On this day of ____29____, of __September__ 2007, A.D., before me, the undersigned, a Notary Public in and said State, personally appeared personally known to me ( or proved to me on the basis of satisfactory evidence) to be the person(s) whose name subscribed to the within instrument, and acknowledged to me that he/she executed it.

Witness my hand and seal _____ Seal

Notary Public

My Commission Expires __June 16 2009__

OFFICIAL SEAL
GLORIA DANIELS
Notary Public, State of Illinois
My Commission Expires June 16, 2009

# Affidavit of Denial of Corporate Existence

I, Rasheeda Maryam Karim - El, a living, breathing woman, hereby declare that the following facts are true and correct to the best of my knowledge and belief.

I hereby deny that the following corporations exist: THE UNITED STATE, THE STATE OF ILLINOIS, THE COUNTY OF COOK, THE CITY OF CHICAGO, THE CHICAGO POLICE DEPARTMENT, OFFICERS OR QUASI OFFICERS, ALL BAR ASSOCIATIONS, ALL OTHER PERSONS ACTING IN THE NAME OF, OR ARE CONNECTED ANYWAY TO ANY OTHER CORPORATION(S), AND , Rasheeda Maryam Karim - El, c/o 7435 S. Kenwood, Chicago, Illinois AND ALL OTHER CORPATE MEMBERS WHO ARE, OR WHO MAY BE ASSOCIATED WITH ANY COMPLAINTS AGAINST MY NATURAL BODY.

If any man or woman desires to answer this affidavit it must be in the form of affidavit, using My Moorish name, and be notarized, and sent by mail to the notary named below, address provided, within five (5) days or default will be obtained.

_Rasheeda Maryam Karim - El_
[sign, do not type, full name here]

On September 29, 2007 a woman by the name of , Rasheeda Maryam Karim - El
Appeared before me, a notary, and attested to the truth of this
Affidavit with her signature, as verified hereon.

State: Illinois

County: Cook

## Notary Seal

Signature of Notary: _Gloria Daniel_

Sworn Before Me on _29 September 2007_

OFFICIAL SEAL
GLORIA DANIELS
Notary Public, State of Illinois
My Commission Expires June 16, 200?

---

# CHICAGO CITIZEN NEWSPAPER
### 806 E. 78TH STREET
### CHICAGO, ILLINOIS 60619
### (773) 783-1251

---

*The Chicago Citizen Newspaper Group hereby certifies that the advertisement listed below was published in our publication on:*

**March 19,2008**
(DATE OF PUBLICATION)

**March 26,2008**
(DATE OF PUBLICATION)

**April 2, 2008**
(DATE OF PUBLICATION)

**April 9,2008**
(DATE OF PUBLICATION)

## COPYRIGHT NOTICE:

**Copyright Notice:** All rights reserved re common-law copyright of trade-names/trade-marks : RASHEEDA MICHELLE-MARIA KARIM©/ RASHEEDA M. KARIM©, FATIMAH MALONE©, HAFIZA AMINA KARIM©, ZAINAB KHADIJAH KARIM©, MUHAMMAD SHAHID IBN KARIM©, YASMEEN AISHA KARIM©, RUQYYAH MARYAM KARIM©, AQEELAH AUSET MALONE©, and LAILAH AMINA MALONE© --as well as any and all derivatives and variations in the spelling of any of said trade-names/trademarks, not excluding "Rasheeda Maryam Karim-El©","Fatimah Malone©", "Hafiza Amina Karim©," Zainab Khadijiah Karim©," Muhammad Shahid ibn Karim©", "Yasmeen Aisha Karim©", "Ruqyyah Maryam Karim ©", "Aqeelah Auset Malone©", "Lailah Amina Malone©" respectively-Common Law Copyright© 1956, 1975, 1982, 1984, 1987, 1989, 1993,2000,2003, respectively, by Rasheeda Maryam Karim-El©. Said common-law trade-names/trade-marks, i.e. RASHEEDA MICHELLE-MARIA KARIM©,FATIMAH MALONE©, HAFIZA AMINA KARIM©, ZAINAB KHADIJAH KARIM©, MUHAMMAD SHAHID IBN KARIM©, YASMEEN AISHA KARIM©, RUQYYAH MARYAM KARIM©, AQEELAH AUSET MALONE©, and LAILAH AMINA MALONE©, may neither be used, nor reproduced, neither in whole nor in part, nor in any manner whatsoever, without the prior, express, written consent and acknowledgement of Rasheeda Maryam Karim-El© as signified by the red-ink signature of Rasheeda Maryam Karim-El©, hereinafter "Secured Party." **With the intentof being contractually bound,** any juristic person, as well as the agent of said juristic person, consents and agrees by this Copyright Notice that neither said juristic person, nor the agent of said juristic person, shall display, nor otherwise use in any manner, any of the common-law trade-names/trade-marks described herein, nor any derivative of, nor any variation in the spelling of, RASHEEDA MICHELLE-MARIA KARIM©,FATIMAH MALONE©, HAFIZA AMINA KARIM©, ZAINAB KHADIJAH KARIM©, MUHAMMAD SHAHID IBN KARIM©, YASMEEN AISHA KARIM©, RUQYYAH MARYAM KARIM©, AQEELAH AUSET MALONE©, and LAILAH AMINA MALONE© , without prior, express, written consent and acknowledgment of Secured Party, as signified by Secured Party's signature in red ink. Secured Party neither grants, nor implies, nor otherwise gives consent for any unauthorized use is strictly prohibited. 'Secured Party is not now, nor has Secured Party ever been, an accommodation party, nor a surety, for any of the purported debtors, i.e. "RASHEEDA MICHELLE-MARIA KARIM","FATIMAH MALONE", "HAFIZA AMINA KARIM", "ZAINAB KHADIJAH KARIM","MUHAMMAD SHAHID IBN KARIM","YASMEEN AISHA KARIM","RUQYYAH MARYAM KARIM","AQEELAH AUSET MALONE", and "LAILAH AMINA MALONE", nor for any derivative of, nor for any variation in the spelling of, any of said names, nor for any other juristic person, and is so-indemnified and held harmless by RASHEEDA MICHELLE-MARIA KARIM©, Debtor, in Hold-harmless and Indemnity Agreement No. RMMK-092707-HHIA dated the Twenty Seventh Day of the Ninth Month in the Year of Our Lord Two Thousand Seven against any and all claims, legal actions, orders, warrants, judgments, damages, interests, and expenses whatsoever, both absolute and contingent, as are due and as might become due, now existing and as might hereafter arise, and as might be suffered by, imposed on, and incurred by Debtor RASHEEDA MICHELLE-MARIA KARIM© for any and every reason, purpose, and cause whatsoever. **Self-executing Contract/Security Agreement in Event of Unauthorized Use:** By this Copyright Notice, both the juristic person and the agent of said juristic person, hereinafter jointly and severally "User," consent and agree that any use of any of RASHEEDA

1

MICHELLE-MARIA KARIM©,FATIMAH MALONE©, HAFIZA AMINA KARIM©, ZAINAB KHADIJAH KARIM©, MUHAMMAD SHAHID IBN KARIM©, YASMEEN AISHA KARIM©, RUQYYAH MARYAM KARIM©, AQEELAH AUSET MALONE©, and LAILAH AMINA MALONE©, other than authorized use as set forth above constitutes unauthorized use, counterfeiting, of Secured Party's common-law copyrighted property, contractually binds User, renders this Copyright Notice a Security Agreement wherein User is debtor and Rasheeda Maryam Karim-El, is Secured Party, and signifies that User: **(1)**grants Secured Party a security interest in all of User's assets, land, and personal property, and all of User's interest in assets, land, and personal property, in the sum certain amount of $500,000.00 per each occurrence of use of any of the common-law-copyrighted trade-names/trade-marks RASHEEDA MICHELLE-MARIA KARIM©,FATIMAH MALONE©, HAFIZA AMINA KARIM©, ZAINAB KHADIJAH KARIM©, MUHAMMAD SHAHID IBN KARIM©, YASMEEN AISHA KARIM©, RUQYYAH MARYAM KARIM©, AQEELAH AUSET MALONE©, and LAILAH AMINA MALONE©, as well as for each and every occurrence of use of any and all derivatives of, and variations in the spelling of, respectively, RASHEEDA MICHELLE-MARIA KARIM©,FATIMAH MALONE©, HAFIZA AMINA KARIM©, ZAINAB KHADIJAH KARIM©, MUHAMMAD SHAHID IBN KARIM©, YASMEEN AISHA KARIM©, RUQYYAH MARYAM KARIM©, AQEELAH AUSET MALONE©, and LAILAH AMINA MALONE©, not excluding "Rasheeda Maryam Karim-El", "Fatimah Malone", "Hafiza Amina Karim", "Zainab Khadijiah Karim", "Muhammad Shahid ibn Karim", "Yasmeen Aisha Karim", "Ruqyyah Maryam Karim", "Aqeelah Auset Malone", "Lailah Amina Malone", respectively, plus costs, plus triple damages; **(2** authenticates this Security Agreement wherein User is debtor and Rasheeda Maryam Karim-El© is Secured Party, and wherein User pledges all of User's property, i.e. all assets, land, consumer goods, farm products, inventory, equipment, money, investment property, commercial tort claims, letters of credit, letter-of-credit rights, chattel paper, instruments, deposit accounts, accounts, documents, and general intangibles, and all User's interest in all such foregoing property, now owned and hereafter acquired, now existing and hereafter arising, and wherever located, as collateral for securing User's contractual obligation in favor of Secured Party for User's unauthorized use of Secured Party's common-law copyrighted property; **(3)** consents and agrees with Secured Party's filing of a UCC Financing Statement in the UCC filing office, as well as in any county recorder's office, wherein User is User's property and interest in property, pledged as collateral in this Security Agreement and described above in paragraph "(2)," until User's contractual obligation theretofore incurred has been fully satisfied, **(5)** consents and agrees with Secured Party's filing of any UCC Financing Statement, as described above in paragraphs "(3)" and "(4)," as well as the filing of any Security Agreement, as described above in paragraph "(2)," in the UCC filing office, as well as in any county recorder's office; **(6)** consents and agrees that any and all such filings described in paragraphs "(4)" and "(5)" above are not, and may not be considered, bogus, and that User will not claim that any such filing is bogus; **(7)** waives all defenses; and **(8)** appoints Secured Party as Authorized Representative for User, effective upon User's default re User's contractual obligations in favor of Secured Party as set forth below under "Payment terms" and "Default terms," granting Secured Party full authorization and power for engaging in any and all actions on behalf of User including, but not limited by, authentication of a record on behalf of User, as Secured Party, in Secured Party's sole discretion, deems appropriate, and User further consents and agrees that this appointment of Secured Party as Authorized Representative for User, effective upon User's default, is irrevocable and coupled with a security interest. **User further consents and agrees with all of the following additional terms of self-executing Contract/Security Agreement in Event of Unauthorized Use:** Payment terms: In accordance with fees for unauthorized use of : RASHEEDA MICHELLE-MARIA KARIM©/ RASHEEDA M. KARIM©, as set forth above, User hereby consents and agrees that User shall pay Secured Party all unauthorized-sue fees in full within ten(10) days of date Invoice is sent, User shall be deemed in default and: "(2)," immediately becomes, i.e. is, property of secured Party; (b) Secured Party is appointed User's Authorized Representative as set forth above in paragraph"(8)"; and (c) User consents and agrees that Secured Party may take possession of, as well as otherwise dispose of in any manner that Secured Party, in Secured Party's sole discretion, deems appropriate, including, but not limited by, sale at auction, at any time following User's default, and without further notice, any and all of User's property and interest, described above in paragraph "(2)," formerly pledged as collateral by User, now property of Secured Party, in respect of this "Self-executing Contract/Security Agreement in Event of Unauthorized Use," that Secured Party, again in secured Party's sole discretion, deems appropriate. Terms for Curing Default: Upon event of default, as set forth above under "Default terms," irrespective of any and all of User's former property and interest in property, described above in paragraph "(2)," in the possession of, as well as disposed of by, Secured

Soveraign Party Credit 2

Party as authorized above under "Default Terms," User may cure User's default only re the remainder of User's said former property and interest property, formerly pledged as collateral that is neither in the possession of, nor otherwise disposed of by, Secured Party within twenty (20) days of date of User's default only by payment in full.   Terms of Strict Foreclosure:   User's non-payment in full of all unauthorized-use fees itemized in invoice within said twenty- (20) day period for curing default as set forth above under "terms for Curing Default" authorizes Secured Party's immediate non-judicial strict foreclosure on any and all remaining former property and interest in property, formerly pledged as collateral by User, now property of Secured Party, which is not in the possession of, nor otherwise disposed of by, Secured Party upon expiration of said twenty-(20) day default-curing period. Ownership subject to common-law copyright and UCC Financing Statement and Security Agreement filed with the UCC filing office.   Record Owner:   Rasheeda Maryam Karim-El© Autograph Common Law Copyright©,1956.   Unauthorized use of "Rasheeda M. Karim", Rasheeda Karim", "Rasheeda Michelle Karim", Rasheeda Michelle-Maria Karim", incurs same unauthorized-use fees as those associate with RASHEEDA MICHELLE-MARIA KARIM©/ RASHEEDA M. KARIM©, as set forth above in paragraph "(1)" under "Self-executing Contract/Security Agreement in Event of Unauthorized Use."

(NOTARY)
OFFICIAL SEAL
JANICE GARTH
Notary Public - State of Illinois
My Commission Expires Nov 1, 2011

CHICAGO CITIZEN NEWSPAPERS
(NAME OF PUBLISHING COMPANY)

BY _Oredion Rhodes_
(SIGNATURE OF PUBLISHER)

(SEAL)

PAGE 3 OF3                     Wednesday, April 9, 2008

3

# CERTIFICATE OF PUBLICATION

__Citizen Newapapers__
(Name of Publishing Co.)

does hereby certify that it is the pub-
lisher of __Chatham__,
(Name Of Newspaper)

that said __Chatham__
(Name Of Newspaper)

is a secular newspaper of general cir-
culation that has been published
__Weekly__ in the
(Weekly,Daily)

__City__ of __Chicago__,County of Cook, State, of Illinois, conti-
(City, etc.)      (Name of Municipality)

nuously for more than one year prior to the first date of publication of the notice appended, that
it is a newspaper as defined in "An Act to revise the law in relation to notices," as amended,
Illinois Compiled Statutes (715 ILCS 5/1 & 5/5), and that the notice appended was published in
a section of __Chatham__ in which real estate other than real estate being sold as
(Name of Newspaper)

part of legal proceedings is commonly advertised to the general public on

__3/19/08, 4/2/08,__
(Date of Publication)

__3/26/08__ and,
(Date of Publication)

__4/9/08__.
(Date of Publication)

In witness whereof, the undersigned has caused this certificate to be signed and its corporate
seal fixed in Cook County, Illinois, on __April 9ᵗʰ__, 20_08_.

(Seal)

__Chicago Citizen Newspapers__
(Name of Publishing Company)

By _Orelea Rhodes_
(Signature of Publisher)

OFFICIAL SEAL
JANICE GARTH
Notary Public - State of Illinois
My Commission Expires Nov 1, 2011

KARIM©, FATIMAH MALONE©, HAFIZA AMINA KARIM©, ZAINAB KHADIJAH KARIM©, MUHAMMAD SHAHID IBN KARIM©, YASMEEN AISHA KARIM©, RUQYYAH MARYAM KARIM©, AQEELAH AUSET MALONE©, and LAILAH AMINA MALONE© –as well as any and all derivatives and variations in the spelling of any of said trade-names/trademarks, not excluding *"Rasheeda Maryam Karim-El©"*, *"Fatimah Malone©"*, *"Hafiza Amina Karim©"*, *"Zainab Khadijah Karim ©"*, *"Muhammad Shahid ibn Karim ©"*, *"Yasmeen Aisha Karim ©"*, *"Ruqyyah Maryam Karim ©"*, *"Aqeelah Auset Malone©"*, *"Lailah Amina Malone© "*, respectively- Common Law Copyright© 1956, 1975, 1982, 1984, 1987, 1989  1993,2000,2003, respectively, by Rasheeda Maryam Karim-El©.  Said common-law trade-names/trade-marks,  i.e.  RASHEEDA MICHELLE-MARIA KARIM©,FATIMAH MALONE©, HAFIZA AMINA KARIM©, ZAINAB KHADIJAH KARIM©, MUHAMMAD SHAHID IBN KARIM©, YAS-MEEN AISHA KARIM©, RUQYYAH MARYAM KARIM©, AQEELAH AUSET MALONE©, and LAILAH AMINA MALONE©, may neither be used, nor repro-duced, neither in whole nor in part, nor in any manner whatsoever, without the prior, express, written consent and acknowledgement of Rasheeda Maryam Karim-El© as signified by the red-ink signature of Rasheeda Maryam Karim-El©, hereinafter "Secured Party."  With the intentof being contractually bound, any juristic per-son, as well as the agent of said juristic person, con-sents and agrees by this Copyright Notice that neither said juristic person, nor the agent of said juristic per-son, shall display, nor otherwise use in any manner, any of the common-law  trade-names/trade-marks described herein, nor any derivative of, nor any varia-tion in the spelling of, RASHEEDA MICHELLE-MARIA KARIM©,FATIMAH MALONE©, HAFIZA AMINA KARIM©, ZAINAB KHADIJAH KARIM©, MUHAMMAD SHAHID IBN KARIM©, YASMEEN AISHA KARIM©, RUQYYAH MARYAM KARIM©, AQEELAH AUSET MALONE©,  and LAILAH AMINA MALONE© , without prior, express, written consent and acknowledgment of Secured Party, as signified by Secured Party's signa-ture in red ink.  Secured Party neither grants, nor implies, nor otherwise gives consent for any unautho-rized use is strictly prohibited. 'Secured Party is not now, nor has Secured Party ever been, an accommo-dation party, nor a surety for any of the purported debtors,  i.e.  "RASHEEDA  MICHELLE-MARIA KARIM","FATIMAH MALONE", "HAFIZA AMINA KARIM", "ZAINAB KHADIJAH KARIM","MUHAMMAD SHAHID IBN KARIM","YASMEEN AISHA KARIM","RUQYYAH MARYAM KARIM","AQEELAH AUSET MALONE", and "LAILAH AMINA MALONE", nor for any derivative of, nor for any variation in the spelling of, any of said names, nor for any other juristic person, and is so-indemnified and held harmless by RASHEEDA MICHELLE-MARIA KARIM©, Debtor, in Hold-harmless and Indemnity Agreement No. RMMK-092707-HHIA dated the Twenty Seventh Day of the Ninth Month in the Year of Our Lord Two Thousand Seven against any and all claims, legal actions, orders, warrants, judgments, damages, interests, and expens-es whatsoever, both absolute and contingent, as are due and as might become due, now existing and as might hereafter arise, and as might be suffered by, imposed on, and incurred by Debtor RASHEEDA MICHELLE-MARIA KARIM© for any and every reason, purpose, and cause whatsoever.  Self-executing Contract/Security Agreement in Event of Unauthorized Use: By this Copyright Notice, both the juristic person and the agent of said juristic person, hereinafter jointly and severally "User," consent and agree that any use of  any  of  RASHEEDA  MICHELLE-MARIA KARIM©,FATIMAH MALONE©, HAFIZA AMINA KARIM©, ZAINAB KHADIJAH KARIM©, MUHAMMAD SHAHID IBN KARIM©, YASMEEN AISHA KARIM©, RUQYYAH MARYAM KARIM©, AQEELAH AUSET MALONE©,  and LAILAH AMINA MALONE©, other than authorized use as set forth above constitutes unauthorized use, counterfeiting, of Secured Party's common-law copyrighted property, contractually binds User, renders this Copyright Notice a Security Agreement wherein User is debtor and Rasheeda Maryam Karim-El, is Secured Party, and signifies that User:  (1)grants Secured Party a security interest in all of User's assets, land, and personal property, and all of User's interest in assets, land, and personal property, in the sum certain amount of $500,000.00 per each occurrence of use of any of the common-law-copyright-ed trade-names/trade-marks RASHEEDA MICHELLE-MARIA  KARIM©,FATIMAH MALONE©,  HAFIZA AMINA KARIM©, ZAINAB KHADIJAH KARIM©, MUHAMMAD SHAHID IBN KARIM©, YASMEEN AISHA KARIM©, RUQYYAH MARYAM KARIM©, AQEELAH AUSET MALONE©,  and LAILAH AMINA MALONE©, as well as for each and every occurrence of use of any and all derivatives of, and variations in the spelling of, respectively, RASHEEDA MICHELLE-MARIA  KARIM©,FATIMAH MALONE©,  HAFIZA AMINA KARIM©, ZAINAB KHADIJAH KARIM©, MUHAMMAD SHAHID IBN KARIM©, YASMEEN AISHA KARIM©, RUQYYAH MARYAM KARIM©, AQEELAH AUSET MALONE©, and LAILAH AMINA MALONE©, not excluding "Rasheeda Maryam Karim-El", "Fatimah Malone," "Hafiza Amina Karim," Zainab Khadijah Karim ," Muhammad Shahid ibn Karim ",

# CERTIFICATE OF PUBLICATION

__Citizen Newspapers__
(Name of Publishing Co.)

does hereby certify that it is the pub-
lisher of __Chatham__ ,
(Name Of Newspaper)

that said __Chatham__
(Name Of Newspaper)

is a secular newspaper of general cir-
culation that has been published

__Weekly__ in the
(Weekly, Daily)

__City__ of __Chicago__ ,County of Cook, State, of Illinois, conti-
(City, etc.)                    (Name of Municipality)

nuously for more than one year prior to the first date of publication of the notice appended, that
it is a newspaper as defined in "An Act to revise the law in relation to notices," as amended,
Illinois Compiled Statutes (715 ILCS 5/1 & 5/5), and that the notice appended was published in
a section of __Chatham__ in which real estate other than real estate being sold as
(Name of Newspaper)

part of legal proceedings is commonly advertised to the general public on

__3/19/08, 3/26/08__,
(Date of Publication)

__4/2/08__ and,
(Date of Publication)

__4/9/08__ .
(Date of Publication)

In witness whereof, the undersigned has caused this certificate to be signed and its corporate
seal fixed in Cook County, Illinois, on __April 9__ , 20__08__ .

(Seal)

__Chicago Citizen Newspapers__
(Name of Publishing Company)

By __Oredea Rhodes__
(Signature of Publisher)

OFFICIAL SEAL
JANICE GARTH
Notary Public - State of Illinois
My Commission Expires Nov 1, 2011

# CERTIFICATE OF PUBLICATION

__Citizen Newapapers__
<small>(Name of Publishing Co.)</small>

does hereby certify that it is the pub-
lisher of __Chatham__,
<small>(Name Of Newspaper)</small>

that said __Chatham__
<small>(Name Of Newspaper)</small>

is a secular newspaper of general cir-
culation that has been published
__Weekly__ in the
<small>(Weekly, Daily)</small>

__City__ of __Chicago__, County of Cook, State, of Illinois, conti-
<small>(City, etc.)</small>   <small>(Name of Municipality)</small>

nuously for more than one year prior to the first date of publication of the notice appended, that
it is a newspaper as defined in "An Act to revise the law in relation to notices," as amended,
Illinois Compiled Statutes (715 ILCS 5/1 & 5/5), and that the notice appended was published in
a section of __Chatham__ in which real estate other than real estate being sold as
<small>(Name of Newspaper)</small>

part of legal proceedings is commonly advertised to the general public on

__3/19/08   3/26/08__,
<small>(Date of Publication)</small>

__4/2/08__ and,
<small>(Date of Publication)</small>

__4/9/08__.
<small>(Date of Publication)</small>

In witness whereof, the undersigned has caused this certificate to be signed and its corporate
seal fixed in Cook County, Illinois, on __April 9__, 20 __08__.

(Seal)

__Chicago Citizen Newspapers__
<small>(Name of Publishing Company)</small>

By __Oredea Rhodes__
<small>(Signature of Publisher)</small>

OFFICIAL SEAL
JANICE GARTH
Notary Public - State of Illinois
My Commission Expires Nov 1, 2011

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT - CHANCERY DIVISION

THE BANK OF NEW YORK MELLON F/K/A
THE BANK OF NEW YORK, AS TRUSTEE FOR
THE CERTIFICATEHOLDERS OF CWMBS
INC., CWMBS REPERFORMING LOAN REMIC
TRUST, CERTIFICATES, SERIES 2005-R1

Plaintiff,

-v.-

RASHEEDA M. KARIM A/K/A RASHEEDA
KARIM A/K/A RASHEEDA MICHELLE-
MARIA KARIM, CACV OF COLORADO, LLC

Defendants

12 CH 029188
7435 S. KENWOOD AVENUE
CHICAGO, IL  60619

<u>NOTICE OF SALE</u>

PUBLIC NOTICE IS HEREBY GIVEN that pursuant to a Judgment of Foreclosure and Sale entered in the above cause on April 3, 2013, an agent of The Judicial Sales Corporation, will at 10:30 AM on July 5, 2013, at the The Judicial Sales Corporation, One South Wacker Drive - 24th Floor, CHICAGO, IL, 60606, sell at public auction to the highest bidder, as set forth below, the following described real estate:

**LOTS 33 AND 34 IN J.S. SCOVEL'S ADDITION TO CORNELL, A SUBDIVISION OF THE EAST 1/2 OF THE SOUTHEAST 1/4 OF THE SOUTHWEST 1/4 OF THE NORTHEAST 1/4 OF SECTION 26, TOWNSHIP 38 NORTH, RANGE 14, EAST OF THE THIRD PRINCIPAL MERIDIAN, IN COOK COUNTY, ILLINOIS.**

Commonly known as 7435 S. KENWOOD AVENUE, CHICAGO, IL 60619

Property Index No. 20-26-226-012; 20-26-226-013.

The real estate is improved with a single family residence.

Sale terms: **25% down of the highest bid by certified funds at the close of the sale payable to The Judicial Sales Corporation. No third party checks will be accepted.** The balance, including the Judicial sale fee for Abandoned Residential Property Municipality Relief Fund, which is calculated on residential real estate at the rate of $1 for each $1,000 or fraction thereof of the amount paid by the purchaser not to exceed $300, in certified funds/or wire transfer, is due within twenty-four (24) hours. No fee shall be paid by the mortgagee acquiring the residential real estate pursuant to its credit bid at the sale or by any mortgagee, judgment creditor, or other lienor acquiring the residential real estate whose rights in and to the residential real estate arose prior to the sale. The subject property is subject to general real estate taxes, special assessments, or special taxes levied against said real estate and is offered for sale without any representation as to quality or quantity of title and without recourse to Plaintiff and in "AS IS" condition. The sale is further subject to confirmation by the court.

If the sale is set aside for any reason, the Purchaser at the sale shall be entitled only to a return of the

deposit paid. The Purchaser shall have no further recourse against the Mortgagor, the Mortgagee or the Mortgagee's attorney.

Upon payment in full of the amount bid, the purchaser will receive a Certificate of Sale that will entitle the purchaser to a deed to the real estate after confirmation of the sale.

The property will **NOT** be open for inspection and plaintiff makes no representation as to the condition of the property. Prospective bidders are admonished to check the court file to verify all information.

If this property is a condominium unit, the purchaser of the unit at the foreclosure sale, other than a mortgagee, shall pay the assessments and the legal fees required by The Condominium Property Act, 765 ILCS 605/9(g)(1) and (g)(4). If this property is a condominium unit which is part of a common interest community, the purchaser of the unit at the foreclosure sale other than a mortgagee shall pay the assessments required by The Condominium Property Act, 765 ILCS 605/18.5(g-1).

### IF YOU ARE THE MORTGAGOR (HOMEOWNER), YOU HAVE THE RIGHT TO REMAIN IN POSSESSION FOR 30 DAYS AFTER ENTRY OF AN ORDER OF POSSESSION, IN ACCORDANCE WITH SECTION 15-1701(C) OF THE ILLINOIS MORTGAGE FORECLOSURE LAW.

For information, examine the court file or contact Plaintiff's attorney: CODILIS & ASSOCIATES, P.C., 15W030 NORTH FRONTAGE ROAD, SUITE 100, BURR RIDGE, IL 60527, (630) 794-9876. Please refer to file number 14-12-14142.

THE JUDICIAL SALES CORPORATION
One South Wacker Drive, 24th Floor, Chicago, IL 60606-4650 (312) 236-SALE
You can also visit The Judicial Sales Corporation at www.tjsc.com for a 7 day status report of pending sales.

CODILIS & ASSOCIATES, P.C.
15W030 NORTH FRONTAGE ROAD, SUITE 100
BURR RIDGE, IL 60527
(630) 794-5300
Attorney File No. 14-12-14142
Attorney ARDC No. 00468002
Attorney Code. 21762
Case Number: 12 CH 029188
TJSC#: 33-8814

NOTE: Pursuant to the Fair Debt Collection Practices Act, you are advised that Plaintiff's attorney is deemed to be a debt collector attempting to collect a debt and any information obtained will be used for that purpose.