# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

Case No. 1:12-CV-22700-FAM

**The attached hand-written document has been scanned and is also available in the SUPPLEMENTAL PAPER FILE**

September 5, 2014


FILED by _JA_ D.C.
SEP 10 2014
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S. D. of FLA – MIAMI

Re: BARBARA ANN JACKSON
P.O. Box 1871 / 2017 W. Flagler St.
Quincy, Fla. 32351

Dear, Clerk of the Court U.S. District of Fla.

I, Barbara Ann Jackson want to request a notice of intention to appear at the Final Approval Hearing at 2:00 on October 29, 2014 in Courtroom 13-3 at the Wilkie D. Ferguson, Jr. U.S. Courthouse, 400 North Miami Avenue.

/ Hall, et al. v. Bank of America, N.A., et al., \
\   Case No. 12-cv-22700-FAM             /
 \ U.S. District Court for the Southern District of Fla. /

I want inform the Law Firm of Aaron S. Podhurst to represent me on behalf of my issues.
  Podhurst Orseck, P.A.
  City National Bank Building
  25 West Flagler St. Suite 800
  Miami, Fla. 33130

I appreciate your kindness and effort into this case.

(850) 509-5076
(850) 408-4725

Sincerely
Barbara Ann Jackson

BARBARA ANN JACKSON
P.O. BOX 1871
Quincy, Fla. 33351



USMS INSPECTED

7013 2250 0001 8425 6323

CERTIFIED MAIL

Clerk of the United States
Court of Southern District of
400 North Miami Ave. 8th
Miami, Fla. 33128

United States District Court
Southern District of Florida

Case Number: 1:12-CV-22700-FAM

# SUPPLEMENTAL ATTACHMENT(S)

Please refer to the supplemental paper "court file" in the division where the Judge is chambered. These attachments must not be placed in the "chron file".

☑ **NOT SCANNED**

☐ Due to Poor Quality

☐ Bound Extradition Papers

☐ Photographs

☐ Surety Bond (Original or Letter of Understanding)

☐ CD or DVD (Court Order or Trial Purposes only)

☑ Other: Picture of Driver's License

☐ **SCANNED**

☐ But Poor Quality

☐ Habeas Cases (State Court Record/Transcript)

Date: 9/10/2014