September 24, 2014

James E. Smith, Jr.
Gwendolyn Dent-Smith
503 Valenti Court
Riverdale, GA  30274
Phone(s):  770-472-1215 (H)
           404-402-4602©

FILED by ___ D.C.

SEP 29 2014

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S. D. of FLA. – MIAMI

Clerk of the United States
District Court for the
Southern District of Florida
400 North Miami Avenue
8th Floor
Miami, FL  33128

RE:  Case # 12-cv-22700-FAM
     Case Name:  Hall, et al. v. Bank of America, N.A., et al.

Dear Clerk of the United States:

I'm writing to you concerning the above reference Case number and name.  I want to object to the settlement due to the fact that we were charged and paid the LPI to Bank of America, but we filed Chapter 7 in March 2012 and were discharged in August 2012.  Before the discharge took place our attorney recommended since we wanted to reaffirm our mortgage debt was to continue to make our monthly payments which we are current and have been before the filing of Chapter 7.  Although we filed Chapter 7, payments for LPI to Bank of America where included in our monthly payments until the loan was transferred or sold to Nationstar Mortgage.  Therefore I believe we should be entitled to the settlement and included in all claims pertaining to LPI.  Please consider this when making your decision whether or not to include our claims into the settlement.

If you have any questions please do not hesitate to call me at the above numbers.

Also, I do not intend to appear at the Final Approval Hearing.

Sincerely,

*Gwendolyn Dent-Smith*

Gwendolyn Dent-Smith AKA Gwendolyn Smith

gvds

Atttachments

cc:  Adam M. Moskowitz
     David L. Permut
     Robyn C. Quattrone