# EXHIBIT

# "C"

# Hall v. Bank of America Settlement

Case No. 12-cv-22700-FAM (S.D. Fla.)

Home    FAQs    Case Documents    Submit a Claim    Contact Us    Español

**Important Dates**

**September 29, 2014**
Deadline to request exclusion ("opt-out") from the Settlement

**September 29, 2014**
Deadline to object to the Settlement

**October 29, 2014**
Final Approval Hearing

**January 27, 2015**
Deadline to submit a Claim Form

## Submit a Claim - Success

Thank you for your submission. Your Confirmation Number is: IPFKYSQK.

*NOTICE: This website provides a summary of the Settlement and is provided for informational purposes only. In the event of any discrepancy between the text of this website and the original text upon which it is based, the text of the original document shall prevail.*

**Questions? Contact the Settlement Administrator at 1-888-286-8194**

Submit completed Claim Forms by uploading them here or mail to:

Hall v. Bank of America, N.A.
Settlement Administrator
P.O. Box 4540
Portland, OR 97208-4540



© 2014 Epiq Systems, Inc., All rights reserved | Privacy Policy | | Version: 1.0.1.26 | Updated 9/10/2014 3:54:50 PM

https://www.hallsettlementinfo.com/en/Nominee/Confirmation            9/22/2014