# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

Case No. 12cv22700

# The attached hand-written document has been scanned and is also available in the SUPPLEMENTAL PAPER FILE

CASE #   12 C.V.-22700-FAM

TERESA DUNNE
DAVID BRUNETTO
KATHLEEN BRUNETTO
# 68760661

FILED by PG D.C.
OCT 02 2014
STEVEN M. LARIMORE
CLERK U.S. DIST CT
S.D. of FLA. - MIAMI

Teresa Dunne

3 CARDINGTON AVE
BILLERICA  MA  01921
978 930-1913    978 930-0035

OBJECT TO SETTLEMENT.
PREDATORY LENDING NOT
ADDRESSED COMPLETELY

WILL NOT APPEAR



Teresa Dunne
3 Cardington Ave
Billerica MA 01821

Clerk of The United
District Court for the
Southern District of Florida
400 North Miami Ave
8th Floor
Miami FL 33128

USMS INSPECTED
RECEIVED