United States District Court for the Southern District of Florida

FILED by _____ D.C.

OCT 0 8 2014

STEVEN M. LARIMORE
CLERK U. S. DIST. CT.
S. D. of FLA. – MIAMI

Hall, *et al*                                     :

v.                                                :          12-cv-22700-FAM (Southern District of Florida)

Bank of America, N.A., *et al*        :

CONSENT

William J. Thomas and Barbara J. Thomas as Settlement Class Members and interested parties do hereby state as follows:

1.      The address for the parties is 102 Sunny Brook Terrace #418, Gaithersburg, MD 20877.

2.      Both William J. Thomas and Barbara J. Thomas are both over 18 years of age.

3.      Both William J. Thomas and Barbara J. Thomas are citizens of the United States of America.

4.      Both William J. Thomas and Barbara J. Thomas are owners of Lot numbered 15 in Block lettered K in the subdivision known as Mill Creek Towne as recorded among the Land Records of Montgomery County, Maryland in Plat Book 77 at plat 7664. The lot's property address is 17741 Cliffbourne Lane, Derwood MD 20855 (the Real Property). The lot's tax identification number is 9-4-00784721. The Real Property was obtained by Deed dated April 30, 2003 and recorded among the Land Records of Montgomery County in Liber 23753 folio 93 from Karla Marie Bynaker and Jo Ann Kisner and the Jacquelyn L. Bingham Trust under agreement dated June 22, 2001 as Tenants in Common to William J. Thomas and Barbara J. Thomas as Tenants by the Entirety.

5.   The Real Property is encumbered by that certain Purchase Money First Deed of Trust dated April 30, 2003 and recorded among the Land Records of Montgomery County, Maryland on May 1, 2003 in Liber 23753 folio 142 from William J. Thomas and Barbara J. Thomas to John H. Harris, Trustee and securing the Lender, Guaranty Residential Lending Inc. in the original amount of $248,000.00 (the Deed of Trust).

6.   The Deed of Trust is security for that certain Note dated April 30, 2003 from William J. Thomas and Barbara J. Thomas and securing the Lender, Guaranty Residential Lending Inc. in the original amount of $248,000.00 (the Note).

7.   Both Bank of America, N.A. and BAC Home Loans Servicing LP (formerly known as Countrywide Home Loans Servicing L.P.) have claimed, in various filings and RESPA disclosures, to be both the purported holder of the Note and the purported loan servicer. The account assigned is a loan number of 28598840 (the Loan Account).  William J. Thomas and Barbara J. Thomas deny the legitimacy of these claims.

8.   William J. Thomas and Barbara J. Thomas, pursuant to that certain "Discharge of the Debtor" dated March 18, 2009 as filed among the records of the United States Bankruptcy Court, District of Maryland, Greenbelt Division, Case 08-26369, Chapter 7, were discharged from all rights, duties, obligations, and amounts due under the Deed of Trust and the Note

9.   Over the objection of William J. Thomas and Barbara J. Thomas and contrary to federal and state laws, both Bank of America, N.A. and BAC Home Loans Servicing LP (formerly known as Countrywide Home Loans Servicing L.P.) forced placed insurance and charged the Loan Account premiums for lender-placed hazard insurance. These

premiums were paid to Balboa Insurance Company, QBE Insurance Corporation, and/or QBE Specialty Insurance Company or one of their affiliates.

William J. Thomas and Barbara J. Thomas do hereby consent to the calculus to be used by the Settlement Administrator to reimburse the Loan Account for premium payments.

However, William J. Thomas and Barbara J. Thomas, do hereby reserve and declare that:

A.     All premium payments should be re-applied to the Loan Account.

B.     The within consent shall not estop any defense, claim, or relief which they may have and can pursue under any state or federal civil proceeding or administrative case arising from the actions of Bank of America, N.A. and BAC Home Loans Servicing LP (formerly known as Countrywide Home Loans Servicing L.P.) by force placing insurance and then charging the Loan Account premiums for lender-placed hazard insurance with Balboa Insurance Company, QBE Insurance Corporation, and/or QBE Specialty Insurance Company or one of their affiliates in violation of any state or federal, law, regulation or administrative rule.

Dated: October 2, 2014

_____
William J. Thomas
Settlement Class Member
*Pro-Se*
102 Sunny Brook Terrace #418
Gaithersburg MD 20877
Phone: 301-977-5522
E-mail: 17741cliff@gmail.com

Barbara J. Thomas
Settlement Class Member
*Pro-Se*
102 Sunny Brook Terrace #418
Gaithersburg MD 20877
Phone: 301-977-5522
E-Mail: 17741bjcliff2@gmail.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of this Consent was mailed first class, postage paid, this 2nd day of October, 2014 to:


Adam M. Moskowitz
Kazyak, Tropin & Thorkmorton, P.A.
2525 Ponce de Leon Blvd., 9th Floor
Coral Gables, FL 33134
(Class Counsel)


David L. Permet
Goodwin Proctor, LLP
901 New York Avenue, NW
Washington, DC 20001
(Counsel for Bank of America Defendants)


Robyn C. Quattrone
BuckleySandler LLP
1250 24th Street NW
Suite 700
Washington, DC 20037
(Counsel for QBE Defendants)


Hall v. Bank of America, N.A. Settlement Administrator
PO Box 4540
Portland, OR 97208-4540


_____
William J. Thomas
Settlement Class Member
*Pro-Se*
102 Sunny Brook Terrace #418
Gaithersburg MD 20877
Phone: 301-977-5522
E-mail: 17741cliff@gmail.com

Barbara J. Thomas
Settlement Class Member
*Pro-Se*
102 Sunny Brook Terrace #418
Gaithersburg MD 20877
Phone: 301-977-5522
E-Mail: 17741bjcliff2@gmail.com

United States District Court for the Southern District of Florida

FILED by _____ D.C.

OCT 0 8 2014

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S. D. of FLA. – MIAMI

Hall, *et al*                      :

v.                                 :      12-cv-22700-FAM (Southern District of Florida)

Bank of America, N.A., *et al*     :

LINE

To the Clerk of the Court:

Please enter the name of William J. Thomas and Barbara J. Thomas as Settlement Class

Members and interested parties. The address for the parties is:

102 Sunny Brook Terrace #418
Gaithersburg, MD 20877

Dated: October 2, 2014

_____
William J. Thomas
Settlement Class Member
*Pro-Se*
102 Sunny Brook Terrace #418
Gaithersburg MD 20877
Phone: 301-977-5522
E-mail: 17741cliff@gmail.com

_____
Barbara J. Thomas
Settlement Class Member
*Pro-Se*
102 Sunny Brook Terrace #418
Gaithersburg MD 20877
Phone: 301-977-5522
E-Mail: 17741bjcliff2@gmail.com

CERTIFICATE OF SERVICE

I hereby certify that a copy of this line was mailed first class, postage paid, this 2nd day of
October, 2014 to:

Adam M. Moskowitz
Kazyak, Tropin & Thorkmorton, P.A.
2525 Ponce de Leon Blvd., 9th Floor
Coral Gables, FL 33134
(Class Counsel)

Page 1

David L. Permet
Goodwin Proctor, LLP
901 New York Avenue, NW
Washington, DC 20001
(Counsel for Bank of America Defendants)

Robyn C. Quattrone
BuckleySandler LLP
1250 24th Street NW
Suite 700
Washington, DC 20037
(Counsel for QBE Defendants)

Hall v. Bank of America, N.A. Settlement Administrator
PO Box 4540
Portland, OR 97208-4540

_____          _____
William J. Thomas                         Barbara J. Thomas
Settlement Class Member                   Settlement Class Member
*Pro-Se*                                  *Pro-Se*
102 Sunny Brook Terrace #418              102 Sunny Brook Terrace #418
Gaithersburg MD 20877                     Gaithersburg MD 20877
Phone: 301-977-5522                       Phone: 301-977-5522
E-mail: 17741cliff@gmail.com             E-Mail: 17741bjcliff2@gmail.com