UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 1:12-cv-22700-FAM

CHERRYL HALL
individually and on behalf of all
others similarly situated,

      Plaintiffs,

vs.

BANK OF AMERICA, N.A., individually
and as successor by merger to BAC HOME
LOANS SERVICING, LP; BALBOA
INSURANCE COMPANY; and QBE
INSURANCE GROUP, individually and
as successor in interest to BALBOA
INSURANCE COMPANY,

      Defendants.
_____/

## NOTICE OF APPEARANCE ON BEHALF OF OBJECTOR DICK MAYO

TO: The clerk of court and all parties of record.

Please take notice of my appearance as counsel of record for objector and class member, DICK MAYO:

Please add this contact information for all future emails, correspondences and proofs of services related to the settlement of the above captioned matter.

Dick Mayo's Notice of Objection (407) was filed on September 25, 2014.

Dolan Law
2665 South Bayshore Drive, Suite 609, Miami, Florida 33133   305.371.2692   f: 305.371.2691   www.dolan-law.com

Dated: October 27, 2014

DOLAN LAW FIRM
Counsel for Objector, Dick Mayo
2665 South Bayshore Dr., Suite 609
Miami, Florida 33133
T: (305) 371-2692
F: (305) 371-2691
E: ddd@dolan-law.com
E: assistant@dolan-law.comDolan

By: /s/ Daniel D. Dolan, II
DANIEL D. DOLAN, II
Florida Bar No: 0084913

## CERTIFICATE OF SERVICE

WE HEREBY CERTIFY that a true copy of the foregoing was served electronically via CM/ECF on October 27, 2014 and served on all counsel of record on the Service List below.

/s/ Daniel D. Dolan
Daniel D. Dolan, II

## SERVICE LIST

| | |
|---|---|
| Tal J. Lifshitz, Esq.<br>tjl@kttlaw.com<br><br>Dyanne E. Feinberg, Esq.<br>def@kttlaw.com<br><br>Adam M. Moskowitz, Esq.<br>amm@kttlaw.com<br><br>Harley S. Tropin, Esq.<br>hst@kttlaw.com<br><br>Thomas A. Tucker Ronzetti, Esq.<br>tr@kttlaw.com<br><br>Rachel Sullivan, Esq.<br>rs@kttlaw.com<br><br>Robert J. Neary, Esq.<br>rn@kttlaw.com<br><br>Kozyak Tropin & Throckmorton, P.A.<br>Counsel for Plaintiffs<br>2525 Ponce de Leon Boulevard<br>9th Floor<br>Coral Gables, FL 33134<br>Telephone: (305) 372-1800<br>Facsimile: (305) 372-3508 | Aaron S. Podhurst, Esq.<br>apodhurst@podhurst.com<br><br>Peter Prieto, Esq.<br>pprieto@podhurst.com<br><br>Stephen F. Rosenthal, Esq.<br>srosenthal@podhurst.com<br><br>John Gravante, III, Esq.<br>jgravante@podhurst.com<br><br>Matthew Weinshall<br>mweinshall@podhurst.com<br><br>Podhurst Orseck, P.A.<br>Counsel for Plaintiffs<br>City National Bank Building<br>25 West Flagler Street<br>Suite 800<br>Miami, FL 33130<br>Telephone: (305) 358-2800<br>Facsimile: (305) 358-2382 |
| Chip Merlin, Esq.<br>cmerlin@merlinlawgroup.com<br><br>Mary K. Fortson<br>mkestenbaum@merlinlawgroup.com<br><br>William F. Merlin, Jr.<br>cmerlin@merlinlawgroup.com<br><br>Adam M. Moskowitz<br>AMM@kttlaw.com<br><br>Sean M. Shaw<br>sshaw@merlinlawgroup.com | Lance A. Harke, P.A.<br>lharke@harkeclasby.com<br><br>Sarah Engel, Esq.<br>sengel@harkeclasby.com<br><br>Howard M. Bushman, Esq.<br>hbushman@harkeclasby.com<br><br>Harke Clasby & Bushman, LLP<br>Counsel for Plaintiffs<br>9699 NE Second Avenue<br>Miami Shores, FL 33138<br>Telephone: (305) 536-8220<br>Facsimile: (305) 536-8229 |

| | |
|---|---|
| Merlin Law Group, P.A.<br>Counsel for Plaintiffs<br>777 S. Harbour Island Boulevard<br>Suite 950<br>Tampa, FL 33602<br>Telephone: (813) 229-1000<br>Facsimile: (813) 229-3692 | |
| Jack Wagoner, III, Esq.<br>jack@wagonerlawfirm.com<br><br>Angela Mann, Esq.<br>angela@wagonerlawfirm.com<br><br>Wagoner Law Firm, P.A.<br>Counsel for Plaintiffs<br>1320 Brookwood<br>Suite E<br>Little Rock, AR 72202<br>Telephone: (501) 663-5225<br>Facsimile: (501) 660-4030 | Alexander P. Owings, Esq.<br>apowings@owingslawfirm.com<br><br>Steven A. Owings, Esq.<br>sowings@owingslawfirm.com<br><br>Owings Law Firm<br>Counsel for Plaintiffs<br>1400 Brookwood Drive<br>Little Rock, AR 72202<br>Telephone: (501) 661-9999<br>Facsimile: (501) 661-8393 |
| Brent Walker, Esq.<br>bwalker@carterwalkerlaw.com<br><br>Russell D. Carter, III, Esq.<br>dcarter@carterwalkerlaw.com<br><br>Carter Walker PLLC<br>Counsel for Plaintiffs<br>2171 West Main<br>Suite 200<br>PO Box 628<br>Cabot, AR 72023<br>Telephone: (501) 605-1346<br>Facsimile: (501) 605-1348 | Brian J. Stack, Esq.<br>bstack@stackfernandez.com<br><br>Sammy Epelbaum, Esq.<br>sepelbaum@stackfernandez.com<br><br>Stack Fernandez Anderson & Harris, P.A.<br>Counsel for Plaintiffs<br>1200 Brickell Avenue<br>Suite 950<br>Miami, FL 33131<br>Telephone: (305) 371-0001<br>Facsimile: (305) 371-0002 |
| Albert L. Frevola, Jr., Esq.<br>afrevola@conradscherer.com<br><br>Ivan J. Kopas, Esq.<br>ikopas@conradscherer.com<br><br>Conrad & Scherer, LLP<br>633 South Federal Highway<br>8th Floor | Guido Saveri, Esq.<br>guido@saveri.com<br>(Cal. Bar No. 22349)<br><br>R. Alexander Saveri, Esq.<br>rick@saveri.com<br>Cal. Bar No. 173102)<br><br>Cadio Zirpoli, Esq. |

| | |
|---|---|
| Ft. Lauderdale, FL  33301<br>Telephone:  (954) 462-5500<br>Facsimile:   (954) 463-9244 | cadio@saveri.com<br>(Cal. Bar No. 179108)<br><br>Saveri & Saveri, Inc.<br>Counsel for Plaintiffs<br>706 Sansome Street<br>San Francisco, CA  94111<br>Telephone:  (415) 217-6810<br>Facsimile:   (415) 217-6813 |
| Catherine E. Anderson, Esq.<br>canderson@gslawny.com<br><br>Oren Giskan, Esq.<br>ogiskan@gslawny.com<br><br>Giskan Solotaroff Anderson & Stewart LLP<br>Counsel for Plaintiffs<br>11 Broadway<br>Suite 2150<br>New York, N.Y.  10004<br>Telephone:  (212) 847-8315<br>Facsimile:   (212) 473-8096 | Jeffrey N. Golant, Esq.<br>jgolant@jeffreygolantlaw.com<br><br>Law Offices of Jeffrey N. Golant, P.A.<br>Counsel for Plaintiffs<br>1000 W. McNab Road<br>Suite 150<br>Pompano Beach, FL  33069<br>Telephone:  (954) 942-5270<br>Facsimile:   (954) 942-5272 |
| Michael L. Addicott, Esq.<br>mlaesq@addicottlaw.com<br><br>Addicott & Addicott, P.A.<br>Counsel for Plaintiffs<br>900 N. Federal Highway<br>Suite 201<br>Hallandale Beach, FL  33009<br>Telephone:  (954) 454-2605 | Jason K. Whittemore<br>Jason@wagnerlaw.com<br><br>Kevin M. McLaughlin<br>Kevin@wagnerlaw.com<br><br>Wagner, Vaughan & McLaughlin, P.A.<br>601 Bayshore Boulevard<br>Suite 910<br>Tampa, FL  33606<br>Telephone:  (813) 225-4000<br>Facsimile:   (813) 225-4010 |
| Robert J. Axelrod<br>rjaxelrod@pomlaw.com<br><br>Pomerantz, LLP<br>600 3rd Avenue<br>20th Floor<br>New York, N.Y.  10016<br>Telephone:  (212) 661-1100<br>Facsimile:   (212-661-1373 | John R. Bevis<br>bevis@barneslawgroup.com<br><br>Roy E. Barnes<br>roy@barneslawgroup.com<br><br>Barnes Law Group, LLC<br>Counsel for Plaintiffs<br>31 Atlanta Street<br>Marietta, GA  30060<br>Telephone:  (770) 419-8505 |

Dolan Law
2665 South Bayshore Drive, Suite 609, Miami, Florida 33133   305.371.2692   f: 305.371.2691   www.dolan-law.com

| | |
|---|---|
| | Telephone: (770) 227-6375 |
| Matthew S. Sarelson<br>msarelson@sarelson.com<br><br>Matthew Seth Sarelson, P.A.<br>Counsel for Plaintiff<br>1000 Brickell Avenue<br>Miami, FL 33146<br>Telephone: (305) 773-1952 | David L. Permut<br><br>Goodwin Proctor, LLP<br>Counsel for Bank of America<br>901 New York Avenue NW<br>Washington, DC 20001<br>Telephone: (202) 346-4000 |
| Robyn C. Quattrone<br>rquattrone@buckleysandler.com<br><br>Katherine L. Halliday<br>khalliday@buckleysandler.com<br><br>Amanda Raines<br>araines@buckleysandler.com<br><br>Buckley Sandler, LLP<br>Counsel for QBE<br>1250 24th Street, NW<br>Suite 700<br>Washington, DC 20037<br>Telephone: (202) 349-8000<br>Telephone: (202) 349-8035 | Stephen F. Fearon, Jr. – **via US regular mail**<br>Squitieri & Fearon, LLP<br>Attorneys for Objectors<br>32 East 57th Street<br>12th Floor<br>New York, N.Y. 10022<br>Telephone: (212) 421-6492<br>Facsimile: (212) 421-6553<br>Stephen@sfclasslaw.com |
| Gregory F. Coleman – **via US regular mail**<br><br>Greg Coleman Law, PC<br>Attorney for Sanderson<br>550 West Main Avenue<br>Suite 600<br>Knoxville, Tennessee 37902<br>Telephone: (865) 247-0080<br>Facsimile: (865) 522-0049<br>greg@gregcolemanlaw.com | Brian W. Toth<br>Brian.toth@hklaw.com<br><br>Holland & Knight, LLP<br>Counsel for Balboa Insurance and QBE<br>Insurance Group<br>701 Brickell Avenue<br>Suite 3000<br>Miami, FL 33131<br>Telephone: (305) 789-7510<br>Facsimile: (305) 789-7799 |
| David S. Mandel<br>dmandel@mandel-law.com<br><br>Camellia Noriega<br>cnoriega@mandel-law.com<br><br>Nina S. Mandel<br>nsmandel@mandel-law.com | David S. Kantrowitz<br>dkantrowitz@goodwinprocter.com<br><br>John C. Englander<br>jenglander@goodwinprocter.com<br><br>Joshua M. Daniels<br>jdaniels@goodwiprocter.com |

Dolan Law
2665 South Bayshore Drive, Suite 609, Miami, Florida 33133   305.371.2692   f: 305.371.2691   www.dolan-law.com

| | |
|---|---|
| Mandel & Mandel, LLP<br>Counsel for Bank of America, N.A.<br>169 East Flagler Street<br>Suite 1200<br>Miami, FL 33131<br>Telephone: (305) 374-7771<br>Facsimile: (305) 374-7776 | Katherine A. Aldrich<br>kaldrich@goodwinprocter.com<br>Matthew G. Lindenbaum<br>mlindenbaum@goodwinprocter.com<br>Goodwin Procter, LLP<br>Counsel for Bank of America, N.A.<br>53 State Street<br>Exchange Place<br>Boston, MA 02109<br>Telephone: (617) 570-1000 |
| William N. Shepherd<br>William.shepherd@hklaw.com<br><br>Holland & Knight, LLP<br>Counsel for Balboa Insurance Company<br>222 Lakeview Avenue<br>Suite 1000<br>West Palm Beach, FL 33401-3208<br>Telephone: (561) 650-8399<br>Facsimile: (561) 650-8399 | |