UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 12-cv-22700-FAM

**CHERYL HALL, et.al., on behalf of**
**Themselves and all others similarly situated,**

    **Plaintiffs,**

**v.**

**BANK OF AMERICA, N.A., individually and**
**as successor by merger to BAC HOME LOANS**
**SERVICING , et.al.,**

    **Defendants.**

_____,

**MICHAEL AND JILL TRAPASSO**
**AND GORDON K. JAMES & ALACIA L. JAMES'**
**MOTION TO INTERVENE**

Intervenors Michael and Jill Trapasso and Gordon and Alacia James move to intervene in the above-captioned action pursuant to Rule 24(a)(1) and (b)(1)(B) for the purpose of asserting and protecting their rights in this settlement.

In the appeal to the Eleventh Circuit of this Court's approval of the Chase force placed settlement (Lead Appeal–14-11085), some of the appellants filed a Motion to Dismiss the appeals with prejudice, because the objectors had not intervened and thus, according to the moving parties, were not proper parties to appeal the district court judgment. The Eleventh Circuit has not yet ruled on the issue. In light of this, Michael and Jill Trapasso and Gordon and Alacia James move to intervene in this case.

Further, for reasons set forth in their objection, the settlement needs to be improved and the class representatives and class counsel are not adequately representing the interests of the class.

### Certification of Compliance with Local Rule 7.1(A)(3)

In compliance with Rule 7.1(A)(3) of the Local Rules of the United States District Court for the Southern District of Florida, undersigned counsel hereby certifies that counsel for Plaintiff has conferred with counsel for Defendants and Plaintiffs in the above captioned action in a good faith effort to obtain agreement on the relief sought and Defendants and Plaintiff indicated that they object to the relief requested herein.

Dated:  October 27, 2014

/s/ Gregory N. Woods
_____
Gregory N. Woods
Woods, Weidenmiller, Michetti & Rudnick
Florida State Bar Number: 175500
Newgate Tower
5150 Tamiami Trail N., Suite 603
Naples, Florida  34103
(239) 325-4070

Counsel for Michael & Jill Trapasso,
Gordon K. & Alacia L. James,

Attorney for Proposed Intervenors

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing has been served via transmission of Notices of Electronic Filing generated by CM/ECF on October 27, 2014 and was filed with the Clerk of Court using CM/ECF, and that as a result a copy of this filing has been served upon every counsel of record.

*/s/ Gregory Woods*