UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: 12-22700-CIV-MORENO

CHERYL HALL, et al.,

    Plaintiffs,

vs.

BANK OF AMERICA, N.A., BALBOA INSURANCE
COMPANY, and QBE INSURANCE GROUP,

    Defendants.
_____/

## ORDER GRANTING MOTION TO INTERVENE

THIS CAUSE came before the Court upon Michael and Jill Trapasso and Gordon and Alacia James' Motion to Intervene **(D.E. No. 432)**, filed on **October 27, 2014**.

THE COURT has considered the motion and the pertinent portions of the record, and being otherwise fully advised in the premises, it is

**ADJUDGED** that the motion is GRANTED based on the representations made by movants' counsel in open court on October 29, 2014, wherein counsel stated that the purpose of the motion to intervene is to preclude arguments that the objectors have no standing to object and/or appeal. The Court recognizes that it has denied other motions to intervene in similar cases (*e.g., Saccoccio v. JP Morgan Chase Bank, N.A.*, No. 13-21107). However, because Defendants did not object and Plaintiffs' counsel are indifferent due in part to movants' representations, there appears to be no harm in granting the motion.

DONE AND ORDERED in Chambers at Miami, Florida, this 29 day of October, 2014.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies provided to:
Counsel of Record