**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA**

**Case No. 12-22700-CV-Moreno/Otazo-Reyes**

CHERYL HALL, *et al.*, on behalf of
themselves and all others similarly situated,

                    Plaintiffs,

v.

BANK OF AMERICA, N.A., individually and
as successor by merger to BAC HOME
LOANS SERVICING, *et al.*,

                    Defendants.

## OBJECTORS' NOTICE OF FILING SUPPLEMENTAL AUTHORITY

Objectors Jeffrey Sanderson and Rayar Johnson hereby give notice of filing the attached

supplemental authority in support of their objections to the proposed settlement and the request

for attorneys fees and expenses.  The attached Decision and Order was issued on November 19,

2014 in *Pearson v. NBTY, Inc., et al.*, Nos. 14-1198, -1227, -1245, -1389 (7th Cir).

Respectfully submitted this 21st day of November, 2014

**SQUITIERI & FEARON, LLP**
Stephen J. Fearon, Jr.
32 East 57th Street, 12th Floor
New York, New York 10022
Tel:    (212) 421-6492
Fax:    (212) 421-6553
stephen@sfclasslaw.com


By: /s/Stephen J. Fearon, Jr.

*Attorneys for Objectors*

1

Gregory F. Coleman
**GREG COLEMAN LAW PC**
550 West Main Avenue, Suite 600
Knoxville, Tennessee 37902
Tel:     (865) 247-0080
Fax:     (865) 522-0049
greg@gregcolemanlaw.com

*Attorneys for Sanderson*

## <u>CERTIFICATE OF SERVICE</u>

The undersigned certifies that today he filed the foregoing objection and notice of intention to appear on ECF which will send electronic notification to all attorneys registered for ECF-filing. The undersigned further certifies that he caused to be served via USPS First Class Mail, postage prepaid, a copy of this Objection and Notice of Intention to Appear upon the following:

Clerk of the United States District Court
Southern District of Florida
400 North Miami, 8th Floor
Miami, FL 33128

*Clerk of the Court*

Adam M. Moskowitz
Kozyak, Tropin & Throckmorton, P.A.
2525 Ponce de Leon Blvd., 9th Floor
Coral Gables, FL 33134

*Class Counsel*

David L. Permut
Goodwin Procter, LLP
901 New York Ave. NW
Washington, DC 20001

*Counsel for The Bank of America Defendants*

Robyn C. Quattrone
BuckleySandler LLP
1250 24th Street, NW, Suite 700
Washington, DC 20037

*Counsel for QBE Defendants*

DATED: November 21, 2014                          s/ Stephen J. Fearon, Jr.
                                                            Stephen J. Fearon, Jr.