UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 12-cv-22700-FAM

CHERYL HALL, et.al., on behalf of
Themselves and all others similarly situated,

    Plaintiffs,

v.

BANK OF AMERICA, N.A., individually and
as successor by merger to BAC HOME LOANS
SERVICING , et al.,

    Defendants.

_____/

GORDON K. JAMES & ALACIA L. JAMES'
MOTION TO WITHDRAW THEIR OBJECTION TO
THE CLASS ACTION SETTLEMENT

Objectors/Intervenors, GORDON K. JAMES and ALACIA L. JAMES, jointly, by and through their undersigned counsel, hereby file this Motion to Withdraw their Objection pursuant to Rule 23(e)(5) of the Federal Rules of Civil Procedure and would respectfully show:

1. On September 26, 2014, Gordon K. James, Alacia L. James or Michael Trapasso and Jill Trapasso filed their Objection to Class Action Settlement (D.E. 412).

2. Class Counsel communicated that the Settlement Administrator of the Bank of America settlement did not reflect that Gordon K. James, Alacia L. James or Michael Trapasso and Jill Trapasso were members of the settlement class and requested documentation proving that these objectors and intervenors were, in fact, settlement class members.

3. In response to that request, the undersigned provided the following to Class Counsel: (a) a Florida state court judgment in favor of Bank of America against the Trapassos; and (b) a letter that James received, during the Settlement Class Period, from Countrywide, one of the Bank of America Defendants. The Florida State Court judgment expressly includes the costs of hazard insurance during the settlement class period. This, in our view, is clear and convincing evidence that the Trapassos are members of the settlement class. Objectors/Intervenors Michael Trapasso and Jill Trapasso do not join in this Motion and their objection shall continue to be asserted. The letter which the James received states that lender placed insurance was placed for a gap of time when James did not appear to have appropriate insurance coverage on their home. The letter goes on to provide that if the James did, in fact, have coverage, they should let Countrywide know. The James did not respond to this letter. While the letter is some evidence of class membership, it is not clear or conclusive.

4. Objectors/Intervenors Gordon K. James and Alacia L. James no longer wish to object to the settlement of this action.

1

5.	Objectors/Intervenors Michael Trapasso and Jill Trapasso do not join in this Motion and their objection to the settlement shall not be impacted by the withdrawal requested by Objectors/Intervenors Gordon K. James and Alacia L. James.

WHEREFORE, Objectors/Intervenors, GORDON K. JAMES and ALACIA L. JAMES, jointly, respectfully request that the Court enter an order allowing them to withdraw their objection to the settlement in this case, together with all such other and further relief as the Court deems just and proper.

Dated this 1st day of December, 2014.

                             **WOODS, WEIDENMILLER, MICHETTI & RUDNICK, P.L.**

                             By: /s/ Gregory N. Woods
                                Gregory N. Woods
                                Florida Bar No. 175500
                                9045 Strada Stell Court, Suite 400
                                Naples, FL 34109
                                (239) 325-4070 – Telephone
                                (239) 325-4080 – Facsimile
                                Email: gwoods@lawfirmnaples.com
                                              dbutterworth@lawfirmnaples.com
                                Counsel for Gordon K. James and Alacia L. James

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing has been served via transmission of Notices of Electronic Filing generated by CM/ECF on this 1st day of December, 2014, and was filed with the Clerk of Court using CM/ECF, and that as a result a copy of this filing has been served upon every counsel of record.

                        **WOODS, WEIDENMILLER, MICHETTI & RUDNICK, P.L.**

                        By: /s/ Gregory N. Woods
                            Gregory N. Woods
                            Florida Bar No. 175500
                            9045 Strada Stell Court, Suite 400
                            Naples, FL 34109
                            (239) 325-4070 – Telephone
                            (239) 325-4080 – Facsimile
                            Email: gwoods@lawfirmnaples.com
                                                dbutterworth@lawfirmnaples.com
                            Counsel for Gordon K. James and Alacia L. James