UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 12-cv-22700-FAM

**CHERYL HALL, et.al., on behalf of**
**Themselves and all others similarly situated,**

    **Plaintiffs,**

**v.**

**BANK OF AMERICA, N.A., individually and**
**as successor by merger to BAC HOME LOANS**
**SERVICING , et.al.,**

    **Defendants.**

_____,

**MICHAEL AND JILL TRAPASSO**
<u>**NOTICE OF APPEAL**</u>

## NOTICE OF APPEAL

Notice is hereby given that Objecting Class Members Michael and Jill Trapasso hereby appeal to the Court of Appeals for the Eleventh Circuit from the Order Granting Final Approval to Class Action Settlement entered by this Court on December 17, 2014 (Docket Entry 443) and Final Judgment entered by this Court on December 17, 2014.  (Docket Entry 444). Dated: December 22, 2014

/s/ Gregory N. Woods
_____
Gregory N. Woods
Woods, Weidenmiller, Michetti & Rudnick
Florida State Bar Number: 175500
9045 Strada Stell Court
Suite 400
Naples, Florida  34109
(239) 325-4070

Counsel for Michael and Jill Trapasso

## CERTIFICATE OF SERVICE

I hereby certify that on December 22, 2014, I electronically filed the foregoing document with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day, via transmission of Notices of Electronic Filing generated by CM/ECF or via other transmission, on all counsel of record.

                                              By:  /s/ Gregory N. Woods
                                                    Gregory N. Woods