UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 12-cv-22700-FAM

CHERYL HALL, et al., on behalf of themselves and all others similarly situated,

    Plaintiffs,

v.

BANK OF AMERICA, N.A., individually and as successor by merger to BAC HOME LOANS SERVICING, et al.,

    Defendants.

**NOTICE OF APPEAL**

Notice is hereby given that Class Members/Objectors Daniel Hall and Lanette Hall appeal to the United States Court of Appeals for the Eleventh Circuit from the Order Granting Final Approval To Class Action Settlement (Dkt. #443) entered in this action on December 17, 2014 and Final Judgment (Dkt. #444) entered in this action on December 17, 2014. Class Members/Objectors also hereby appeal from any order or judgment approving the class settlement, class counsel's attorneys' fees or expenses, and/or incentive awards to class representatives, and any order or judgment naming or identifying these objectors or the objection filed by these objectors, including any entered or signed subsequent to this notice of appeal. A copy of Dkt. #443 and Dkt. #444 are attached hereto. (See Exhibits "A" and "B").

DATED: December 22, 2014

Respectfully submitted,

/s/Santiago A. Cueto
Santiago A. Cueto
Cueto Law Group
4000 Ponce de Leon Blvd., Suite 470
Coral Gables, Florida 33146
Telephone:   (305) 777-0377
Facsimile:   (305) 777-0449
Email: Sc@cuetolawgroup.com

Attorneys for Objectors/Class Members

## Certificate of Service

The undersigned certifies that today he filed the foregoing Notice of Appeal and associated exhibits on ECF which will send electronic notification to all attorneys registered for ECF-filing. The undersigned further certifies he caused to be served via USPS First Class Mail, postage prepaid, a copy of this Notice of Appeal and associated exhibits upon the following:

DATED: December 22, 2014

Adam M. Moskowitz
Kozyak, Tropin, & Throckmorton, P.A.
2525 Ponce de Leon Blvd.,
9th Floor
Coral Gables, FL 33134

David L. Permut
Goodwin Procter, LLP
901 New York Ave., N.W.
Washington, D.C. 20001

Robyn C. Quattrone
BuckleySandler LLP
1250 24th Street, NW
Suite 700
Washington, DC 20037

/s/Santiago A. Cueto
Santiago A. Cueto

CASE NO. 12-cv-22700-FAM
NOTICE OF APPEAL