**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No. 12-22700-CV-Moreno/Otazo-Reyes**

CHERYL HALL, *et al.*, on behalf of
themselves and all others similarly situated,

                      Plaintiffs,

v.

BANK OF AMERICA, N.A., individually and
as successor by merger to BAC HOME
LOANS SERVICING, *et al.*,

                     Defendants.

## NOTICE OF APPEAL

Objectors Jeffrey Sanderson and Rayar Johnson hereby appeal to the Court of Appeals

for the Eleventh Circuit from the Order Granting Final Approval to Class Action Settlement

entered by this Court on December 17, 2014 (Docket Entry#443) and Final Judgment entered by

this Court on December 17, 2014 (Docket Entry #444).  A copy of Docket Entry #443 and #444

are attached hereto.  (See Exhibits "A" and "B").

Dated: December 29, 2014

                                            **SQUITIERI & FEARON, LLP**
                                            Stephen J. Fearon, Jr.
                                            32 East 57th Street, 12th Floor
                                            New York, New York 10022
                                            Tel:    (212) 421-6492
                                            Fax:   (212) 421-6553
                                            stephen@sfclasslaw.com

                                            By: /s/Stephen J. Fearon, Jr.

                                            *Attorneys for Objectors*

1

Gregory F. Coleman
**GREG COLEMAN LAW PC**
550 West Main Avenue, Suite 600
Knoxville, Tennessee 37902
Tel:     (865) 247-0080
Fax:     (865) 522-0049
greg@gregcolemanlaw.com

*Attorneys for Sanderson*

## **<u>CERTIFICATE OF SERVICE</u>**

The undersigned certifies that today he filed the foregoing Notice of Appeal with the Clerk of Court using CM/ECF.  He also certifies that the foregoing document is being served this day, via transmission of Notices of Electronic Filing generated by CM/ECF or via other transmission, on all counsel of record:

By: <u>s/ Stephen J. Fearon, Jr.   </u>
Stephen J. Fearon, Jr.