UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 12-cv-22700-FAM

CHERYL HALL, *et al.*, on behalf of
Themselves and all others similarly situated,

    Plaintiffs,

v.

BANK OF AMERICA, N.A., individually and
Successors by merger to BAC HOME LOANS
SERVICING, *et al.*,

    Defendants.

_____/

**NOTICE OF APPEAL by DICK MAYO**

1

## NOTICE OF APPEAL

Notice is hereby given that Objector/Appellant Dick Mayo hereby appeal to the United States Court of Appeals for the Eleventh Circuit from the following order of the United States District Court Southern District of Florida: Order Granting Final Approval to Class Action Settlement (DE 443) and Final Judgment (DE 444) both entered on 12-17-14.

Dated: January 6, 2015

By: /s/ Daniel D. Dolan
DOLAN LAW FIRM
DANIEL D. DOLAN, II
Florida Bar No: 0084913
Attorney for Objector/Appellant Dick Mayo
2665 South Bayshore Drive
Suite 609
Miami, FL 33133
T: (305) 371-2692
F: (305) 371-2691
E: ddd@dolan-law.com
E: assistant@dolan-law.com

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing was filed electronically via CM/ECF on January 6, 2015 and served by the same means on all counsel of record.