UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 12-cv-22700-FAM

CHERYL HALL, *et al.,* on behalf of
Themselves and all others similarly situated,

    Plaintiffs,

v.

BANK OF AMERICA, N.A, individually and
as successor by merger to BAC HOME LOANS
SERVICING, *et al.*,

    Defendants.
_____/

**NOTICE OF APPEAL**

Additional *Hall* Counsel (the Owings Law Firm, the Wagoner Law Firm, P.A., and Walker Law PLLC) hereby appeal to the United States Court of Appeals for the Eleventh Circuit from Paragraph 29 of the Order Granting Final Approval to Class Action Settlement (Docket No. 443, Page 16) entered in this action on December 17, 2014, to the extent it would permit the disbursement of attorneys' fees prior to final resolution of a pending dispute between Class Counsel and Additional *Hall* Counsel regarding the allocation, as between them, of the sum awarded.  *See* Stipulation and Settlement Agreement ¶¶ 2.22, 2.23, 15.3 (setting forth conditions for disbursement).

Dated:  January 16, 2015                                     Respectfully submitted,

*/s/ Alexander P. Owings*_____
Alexander P. Owings
apowings@owingslawfirm.com
Steven A. Owings (*pro hac vice*)
sowings@owingslawfirm.com
OWINGS LAW FIRM
1400 Brookwood Drive
Little Rock, AR 72202
Telephone: (501) 661-9999
Facsimile: (501) 661-8393

Brent Walker (*pro hac vice*)
bwalker@walkerlawplc.com
WALKER LAW PLLC
502 Dogwood Meadows
Austin, AR 72007
Telephone:  (501) 605-8595
Facsimile:  (888) 571-0319

Jack Wagoner (*pro hac vice*)
Jack@wagonerlawfirm.com
WAGONER LAW FIRM, P.A.
1320 Brookwood, Suite E
Little Rock, AR 72202
Telephone: (501) 663-5225
Facsimile: (501) 660-4030

*Counsel for Plaintiffs*

1

2

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served by CM/ECF on January 16, 2015 on all counsel or parties of record in this proceeding.

/s/ *Alexander P. Owings*
Alexander P. Owings
apowings@owingslawfirm.com
Steven A. Owings (*pro hac vice*)
sowings@owingslawfirm.com
OWINGS LAW FIRM
1400 Brookwood Drive
Little Rock, AR 72202
Telephone: (501) 661-9999
Facsimile: (501) 661-8393