# UNITED STATES COURT OF APPEALS
## FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

FILED BY __ABM__
Deputy Clerk

**Apr 3, 2015**

STEVEN M. LARIMORE
CLERK U.S. DISTRICT CT.
S.D. OF FLA. MIA

Douglas J. Mincher
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

April 03, 2015

Steven M. Larimore
U.S. District Court
400 N MIAMI AVE
MIAMI, FL 33128-1810

Appeal Number:  14-15712-E
Case Style:  Cheryl Hall, et al v. Jill Trapasso, et al
District Court Docket No:  1:12-cv-22700-FAM

The enclosed copy of the Clerk's Entry of Dismissal for failure to prosecute in the above referenced appeal is issued as the mandate of this court. See 11th Cir. R. 41-4.

All pending motions as to Billy Ray Kidwell are now rendered moot in light of the attached order.

Sincerely,

DOUGLAS J. MINCHER, Clerk of Court

Reply to: Gloria M. Powell, E
Phone #: (404) 335-6184

Enclosure(s)

DIS-2 Letter and Entry of Dismissal

IN THE UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

_____

No. 14-15712-E

_____

BILLY RAY KIDWELL,

                              Interested Party - Appellant,

CHERYL HALL,
MATTHEW POPKIN, FL, et al.,

                              Plaintiffs - Appellees,

versus

BANK OF AMERICA, N.A.,
individually and as successor by merger to BAC Home Loans Servising, LP,
BALBOA INSURANCE COMPANY, et al.,

                              Defendants - Appellees.

_____

Appeal from the United States District Court
for the Southern District of Florida

_____

ENTRY OF DISMISSAL: Pursuant to the 11th Cir.R.42-1(b), this appeal is DISMISSED for want of prosecution because the appellant **Billy Ray Kidwell** failed to pay the filing and docketing fees to the district court, or alternatively, file a motion to proceed in forma pauperis in this court within the time fixed by the rules, effective April 03, 2015.

DOUGLAS J. MINCHER
Clerk of Court of the United States Court
of Appeals for the Eleventh Circuit

by:  Gloria M. Powell, E, Deputy Clerk

                                                         FOR THE COURT - BY DIRECTION