**UNITED STATES COURT OF APPEALS**
**FOR THE ELEVENTH CIRCUIT**

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

FILED BY __ABM__
Jun 8, 2015
STEVEN M. LARIMORE
CLERK U.S. DISTRICT CT.
S.D. OF FLA. MIA

Douglas J. Mincher
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

June 08, 2015

Steven M. Larimore
U.S. District Court
400 N MIAMI AVE
MIAMI, FL 33128-1810

Appeal Number: 14-15712-EE
Case Style: Cheryl Hall, et al v. Jill Trapasso, et al
District Court Docket No: 1:12-cv-22700-FAM

The enclosed copy of this Court's Order of Dismissal is issued as the mandate of this court. See 11th Cir. R. 41-4. Counsel and pro se parties are advised that pursuant to 11th Cir. R. 27-2, "a motion to reconsider, vacate, or modify an order must be filed within 21 days of the entry of such order. No additional time shall be allowed for mailing."

*NOTE: This dismissal applies only to appellants Daniel and Lanette Hall. The appeal is otherwise still open.*

Sincerely,

DOUGLAS J. MINCHER, Clerk of Court

Reply to: Sandra Brasselmon, EE
Phone #: (404) 335-6181

Enclosure(s)

DIS-4 Multi-purpose dismissal letter

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 14-15712-EE

_____

MICHAEL TRAPASSO,
JILL TRAPASSO,
DANIEL HALL,
LANETTE HALL,
JEFFREY SANDERSON,
RAYAR JOHNSON,
DICK MAYO,

                                                         Interested Parties - Appellants,

CHERYL HALL,
MATTHEW POPKIN, FL,
JOHN TOTURA, .
JOHN VIDRINE,
JOAN NOVELL, et al.,

                                                         Plaintiffs - Appellees,

versus

BANK OF AMERICA, N.A.,
individually and as successor by merger to BAC Home Loans Servicing, LP,
BALBOA INSURANCE COMPANY,
QBE INSURANCE GROUP,
individually and as successor in interest to Balboa Insurance Company,
HSBC BANK USA, NA,
HSBC MORTGAGE CORPORATION, et al.,

                                                         Defendants - Appellees.

_____

On Appeal from the United States District Court for the
Southern District of Florida

_____

BEFORE:   MARCUS and MARTIN, Circuit Judges.

BY THE COURT:

Daniel Hall and Lanette Hall's unopposed motion to dismiss their appeal with prejudice, with the parties to the motion to bear their own costs, is GRANTED.

This order does not affect the appeal as it pertains to any other appellants.